CO-386-online
10/03

# United States District Court
# For the District of Columbia

IndyMac Bank, F.S.B.

              Plaintiff

vs

Lemarcos A. Irving, et al.

              Defendant

Case: 1:07-cv-01678
Assigned To : Roberts, Richard W.
Assign. Date : 9/21/2007
Description: General Civil

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __IndyMac Bank, F.S.B.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __IndyMac Bank, F.S.B.__ which have any outstanding securities in the hands of the public:

IndyMac Bancorp, Inc.; Financial Freedom Senior Funding Corporation; and IndyMac ABS, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

| | |
|---|---|
| 424712 | Michael N. Russo, Jr. |
| BAR IDENTIFICATION NO. | Print Name |

125 West St., 4th floor, PO Box 2289
Address

Annapolis, MD 21404
City    State    Zip Code

301-261-2247 / 410-268-6600
Phone Number