U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Indymac Bank, FSB

vs.

Lemarcos A. Irving, et al.

No. 1:07-CV-01678 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Complaint; Civil Cover Sheet; Certificate Rule LCvR 7.1; Consent to Proceed Before a United States Magistrate Judge For All Purposes; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 7:10 am on September 24, 2007, I served Nina Q. Irving at 5755 Oak Forest Court, Indian Head, Maryland 20640 by serving Nina Q. Irving, personally. Described herein:

```
    SEX-    FEMALE
    AGE-    37
 HEIGHT-    5'5"
   HAIR-    BLACK
 WEIGHT-    140
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  9/26/07
              Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 194739