U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Indymac Bank, FSB

vs.

Lemarcos A. Irving, et al.

No. 1:07-CV-01678 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons; Complaint; Civil Cover Sheet; Certificate Rule LCvR 7.1; Consent to Proceed Before a United States Magistrate Judge For All Purposes; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-30-1976.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:30 pm on September 24, 2007, I served William C. Harvey & Associates, Inc. c/o Larry E. Becker, Registered Agent at 5501 Backlick Road, Suite 220, Springfield, Virginia 22151 by serving Larry E. Becker, Registered Agent, authorized to accept. Described herein:

    SEX- MALE
    AGE- 55
  HEIGHT- 5'8"
   HAIR- BALD
  WEIGHT- 170
   RACE- WHITE

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 9-26-07
            Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 194742