UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**IndyMacBank, F.S.B.**            )
                                   )
    **Plaintiff**            )
                                   )
v.                                 )    **Civil Action No. 07-1678 (RWR)**
                                   )
**Lemarcos A. Irving, et al.**     )
                                   )
    **Defendants**           )

## PRACIPE

    Please accept for filing the attached affidavit of service on Timothy F. Geppert t/a Geppert Real Estate.

                                COUNCIL, BARADEL,
                                KOSMERL & NOLAN, P.A.

Date: _____       By:    _____/s/_____
                                              Michael N. Russo, Jr.
                                              D.C. Bar No. 424712
                                              Michael S. Steadman, Jr.
                                              D.C. Bar No. 502347
                                              125 West Street, 4th Floor
                                              Post Office Box 2289
                                              Annapolis, Maryland 21404-2289

                                              Annapolis:  (410) 268-6600
                                              Baltimore:  (410) 269-6190
                                              Washington: (301) 261-2247

                                              Attorneys for Plaintiff

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Indymac Bank, FSB

vs.

Lemarcos A. Irving, et al.

No. 1:07-CV-01678 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint; Civil Cover Sheet; Certificate Rule LCvR 7.1; Consent to Proceed Before a United States Magistrate Judge For All Purposes; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:30 am on September 25, 2007, I served Timothy F. Geppert t/a Geppert Real Estate at 7 Ashky Court, Middleton, Maryland 21769 by serving Timothy F. Geppert, personally. Described herein:

```
    SEX-   MALE
    AGE-   60
 HEIGHT-   6'0"
   HAIR-   BROWN/GRAY
 WEIGHT-   190
   RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  9/26/07
             Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 194738