IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDYMAC BANK, F.S.B. * | |
| **Plaintiff** * | |
| vs. * | Case No. : 1:07-cv-01678 |
| * | Judge Richard W. Roberts |
| LEMARCOS A. IRVING, *et. al.* | |
| * | |
| **Defendants** | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ANSWER OF DEFENDANT TIMOTHY F. GEPPERT, INDIVIDUALLY AND TRADING AS GEPPERTY REAL ESTATE**

Defendant Timothy F. Geppert, individually and trading as Geppert Real Estate (herein referred to as "Geppert"), by his attorney, Douglas R. Taylor, for Answer to Plaintiff's Complaint filed herein respectfully states as follows:

1. Geppert is without knowledge of the allegations set forth in Paragraph 1 of the Complaint and therefore denies same.

2. Geppert is without knowledge of the allegations set forth in Paragraph 2 of the Complaint and therefore denies same.

3. Geppert is without knowledge of the allegations set forth in Paragraph 3 of the Complaint and therefore denies same.

4. Geppert admits the allegations set forth in Paragraph 4 of the Complaint.

5. Geppert is without knowledge of the allegations set forth in Paragraph 5 of the Complaint and therefore denies same.

6. Geppet is without knowledge of the allegations set forth in Paragraph 6 of the Complaint and therefore denies same.

7. Geppert is without knowledge of the allegations set forth in Paragraph 7 of the Complaint and therefore denies same.

8. Geppet is without knowledge of the allegations set forth in Paragraph 8 of the Complaint and therefore denies same.

9. Geppert is without knowledge of the allegations set forth in Paragraph 9 of the Complaint and therefore denies same.

10. Geppert is without knowledge of the allegations set forth in Paragraph 10 of the Complaint and therefore denies same.

11. Geppert admits that the alleged amount in controversy exceeds $75,000.00.

12. Geppert admits that, if this Court has jurisdiction over this matter, venue in this Court would be proper.

13. Geppert is without knowledge of the allegations set forth in Paragraph 13 of the Complaint and therefore denies same.

14. Geppert is without knowledge of the allegations set forth in Paragraph 14 and therefore denies same.

15. Geppert is without knowledge of the allegations set forth in Paragraph 15 of the Complaint and therefore denies same.

16. Geppert is without knowledge of the allegations set forth in Paragraph 16 of the Complaint and therefore denies same.

17. Geppert is without knowledge of the allegations set forth in Paragraph 17 of the Complaint and therefore denies same.

18. Geppert is without knowledge of the allegations set forth in Paragraph 18 of the Complaint and therefore denies same.

19. Geppert is without knowledge of the allegations set forth in Paragraph 19 of the Complaint and therefore denies same.

20. Geppert is without knowledge of the allegations set forth in Paragraph 20 of the Complaint and therefore denies same.

21. Geppert is without knowledge of the allegations set forth in Paragraph 21 of the Complaint and therefore denies same.

22. Geppert is without knowledge of the allegations set forth in Paragraph 22 of the Complaint and therefore denies same.

23. Geppert is without knowledge of the allegations set forth in Paragraph 23 of the Complaint and therefore denies same.

24. Geppert is without knowledge of the allegations set forth in Paragraph 24 of the Complaint and therefore denies same.

25. Geppert is without knowledge of the allegations set forth in Paragraph 25 of the Complaint and therefore denies same.

26. Geppert is without knowledge of the allegations set forth in Paragraph 26 of the Complaint and therefore denies same.

27. Geppert is without knowledge of the allegations set forth in Paragraph 27 of the Complaint and therefore denies same.

28. Geppert denies the allegations set forth in Paragraph 28 of the Complaint.

29. Geppert is without knowledge of the allegations set forth in Paragraph 29 of the Complaint and therefore denies same.

30. Geppert is without knowledge of the allegations set forth in Paragraph 30 of the Complaint and therefore denies same.

31. Geppert denies the allegations set forth in Paragraph 31 of the Complaint.

32. Geppert is without knowledge of the allegations set forth in Paragraph 32 of the Complaint and therefore denies same.

33. Geppert is without knowledge of the allegations set forth in Paragraph 33 of the Complaint and therefore denies same.

34. Geppert denies the allegations set forth in Paragraph 34 of the Complaint.

35. Geppert is without knowledge of the allegations set forth in Paragraph 35 of the Complaint and therefore denies same.

36. Geppert is without knowledge of the allegations set forth in Paragraph 36 of the Complaint and therefore denies same.

## **COUNT 6 – FRAUD**

61.  Geppert repeats, reiterates and re-alleges each and every denial, admission and/or statement contained in responses to Paragraphs 1 though 36 of this Answer, with the same force and effect as if fully set forth herein.  Geppert denies the allegations set forth in Paragraph 61 of the Complaint.

62.  Geppert denies the allegations set forth in Paragraph 62 of the Complaint.

63.  Geppert denies the allegations set forth in Paragraph 63 of the Complaint.

64.  Geppert is without knowledge of the allegations set forth in Paragraph 64 of the Complaint and therefore denies same.

65.  Geppert denies the allegations set forth in Paragraph 65 of the Complaint.

66. Geppert is without knowledge of the allegations set forth in Paragraph 66 of the Complaint, and therefore denies same.

67. Geppert is without knowledge of the allegations set forth in Paragraph 67 of the Complaint and therefore denies same.

68. Geppert denies the allegations of Paragraph 68 of the Complaint.

69. Geppert denies the allegations of Paragraph 69 of the Complaint.

## COUNT 7 – CIVIL CONSPIRACY

70. Geppert repeats, reiterates and re-alleges each and every denial, admission and/or statement contained in Paragraphs 1 though 36 of this Answer with the same force and effect as if fully set forth herein. Geppert denies the allegations set forth in Paragraph 70 of the Complaint.

71. Geppert denies the allegations set forth in Paragraph 71 of the Complaint.

72. Geppert denies the allegations set forth in Paragraph 72 of the Complaint.

73. Geppert denies the allegations set forth in Paragraph 73 of the Complaint.

74. Geppert denies the allegations set forth in Paragraph 74 of the Complaint.

75. Geppert denies the allegations set forth in Paragraph 75 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Geppert's involvement and actions in the matter which is the subject of this Complaint were tangential, and involved no breach of duty or obligation owed to Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were caused and brought about my pre-existing, intervening and/or superseding causes, and thus, were not caused by Geppert.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were caused and brought about by her own direct and proximate negligence and/or culpable conduct, and thus, Geppert is not liable to Plaintiff.

## FIFTH AFFIRMATIVE DEFENSE

The allegations are barred by the applicable statute of limitations.

WHEREFORE, having fully answered the allegations in the Complaint against him, Geppert moves that Complaint against him be dismissed, and that he be awarded his costs.

Respectfully submitted,

/s/_____
Douglas R. Taylor
Bar No. 074054
10400 Connecticut Avenue, Ste. #513
Kensington, Maryland 20895
(301) 949-2230
Drtaylor309@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2007, a copy of the foregoing Answer of Timothy F. Geppert, Individually, and trading as Geppert Real Estate was filed electronically and sent by First Class U.S. Mail, postage prepaid, to the following:

Michael N. Russo, Jr., Esquire
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
P. O. Box 2289
Annapolis, Maryland  21404
Attorney for Plaintiff

/s/_____
Douglas R. Taylor