UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | : | |
| PLAINTIFF | : | |
| v. | : | CIVIL ACTION NO.:1-07-cv-01678(RWR) |
| LEMARCOS A. IRVING, et al. | : | |
| DEFENDANTS | : | |

## NOTICE

The Clerk of the Court will please note that the name of Defendant, William C. Harvey & Associate, Inc. was improperly pled as Williams A. Harvey & Associates, Inc. and Harvey & Associates on their Motion to Dismiss.

**WILLIAM C. HARVEY & ASSOCIATES, INC.**

By Counsel

BECKER, KELLOGG & BERRY, P.C.

//S// Larry E. Becker                          Dated this 16th day of October 2007.
Larry E. Becker, Esq., DC Bar No. 288506
5501 Backlick Road, Suite 220
Springfield, Virginia 22151
Phone: (703) 256-1300
Fax:   (703) 256-3467
Attorney for Defendant William C. Harvey & Associates, Inc.

CARR MALONEY P.C.

//S// Jan E. Simonsen                          Dated this 16th day of October 2007.
Jan E. Simonsen, Esq., D.C. Bar No.: 417928
1615 L Street, N.W.
Suite 500
Washington, DC 20036
Attorney for Defendant William C. Harvey & Associates, Inc.

## CERTIFICATE OF MAILING

I hereby certify that I caused to be electronically as well as mailed, via first-class, postage prepaid mail, a true and correct copy of the foregoing on the  16th day of October 2007 to:

Michael N. Russo, Jr.
Council, Baradel, Kosmerl & Nolan, P.A.
125 West St., 4th Floor
P.O. Box 2289
Annapolis, MD 21404

Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Southshore Title & Escrow, Inc.
Resident Agent: Hofdahl, Inc.
3521 Barkley Drive
Fairfax, VA  22031

Timothy F. Geppert
Individually and trading as GEPPERT REAL ESTATE, an unincorporated entity
7 Ashky Court
Middleton, MD 21769

Fairfax Realty, Inc.
Resident Agent: David P. Michalski
103 W. Broad St.
Ste. 400
Falls Church, VA 22046

Albert Smith
4140 Ferry Landing Road
Dunkirk, MD 20754

Legacy Financial Corporation
Resident Agent: Gary M. Gertier
9617 Eldwick Way
Potomac, MD  20854

Samuel Adebayo
7811 Montrose Road
Ste. 501
Rockville, MD 20854

Corporation Management Services, Inc.
Resident Agent: Alan R. Davis
1400 Spring St.
Ste. 415
Silver Spring, MD 20910

Alan R. Davis
1400 Spring St.
Ste. 415
Silver Spring, MD 20910

//S// Jan E. Simonsen
Jan E. Simonsen
