UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>    *Plaintiff*, | :<br>:<br>: |
| v. | :    Case No. 1:07-cv-01678 RWR |
| | : |
| LEMARCOS A. IRVING., et al.,<br>    *Defendants*. | :<br>: |

### NOTICE OF CONSENT

Plaintiff and defendant Fairfax Realty, Inc., hereby agree to extend the time Fairfax Realty, Inc. has to respond to Plaintiff's Complaint until October 29, 2007.

Council, Baradel, Kosmerl & Nolan, P.A.

/s/ Michael N. Russo, Jr. (by mwc w/ permission)
Michael N. Russo, Jr.
D.C. Bar No. 424712
Michael S. Steadman, Jr.
D.C. Bar No. 502347
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289
(410) 268-6600
*Counsel for Plaintiff*

Thompson O'Donnell, LLP

/s/ Matthew W. Carlson
Matthew W. Carlson
D.C. Bar No. 448905
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133
*Counsel for Fairfax Realty, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing **Notice of Consent** was sent via first class mail, postage prepaid this <u>17th</u> day of October, 2007 to the following parties or counsel of record:

Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Southshore Title & Escrow, Inc.
7019 Backlick Court
Springfield, VA 22151
Serve On: Resident Agent
Hofdahl, Inc.
3521 Barkely Dr.
Fairfax, VA 22031

Douglas Richard Taylor, Esq.
P.O. Box 4566
Rockville, Maryland 20850
*Counsel for Timothy F. Geppert*

Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD 20754

Legacy Financial Corporation
9617 Eldwick Way
Potomac, MD 20854
Serve On: Resident Agent
Gary M. Gertier
9617 Eldwick Way
Potomac, MD 20854

Samuel Adebayo
7811 Montrose Road, Ste. 501
Rockville, MD 20854

Corporate Management Services, Inc.
1400 Spring St., Ste. 415
Silver Spring, MD 20910
Serve On: Resident Agent
Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

Jan E. Simonsen, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
*Counsel for William C. Harvey & Associates, Inc.*

            //s// Matthew W. Carlson
            Matthew W. Carlson