U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IndyMac Bank, F.S.B.

vs.

Lemarcos A. Irving, et al.

No. 1:07-CV-01678 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, THOMAS C. PARKS, having been duly authorized to make service of the Summons, Complaint with Exhibits, Certificate Rule LCvR 7.1, Consent To Proceed Before A United States Magistrate Judge For All Purposes, Civil Cover Sheet, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-16-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:20 am on October 16, 2007, I served Fairfax Realty, Inc. c/o David P. Michalski, Resident Agent at 103 W. Broad Street, Suite 400, Falls Church, Virginia 20754 by serving Otoniel Larios, Associate Broker, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     42
HEIGHT-  5'10"
HAIR-    BLACK
WEIGHT-  160
RACE-    HISPANIC
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 10-17-07
Date

THOMAS C. PARKS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195372