**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

\*

**INDYMAC BANK, F.S.B.**

    **Plaintiff**

                         \*

**v.**                          **CASE  NO. 1:07-cv-01678**

**LEMARCOS A. IRVING**
**NINA Q. IRVING**
**SOUTHSHORE TITLE & ESCROW, INC.**
**TIMOTHY F. GEPPERT,**
**Individually and trading as GEPPERT REAL**
**ESTATE**
**FAIRFAX REALTY, INC.**        \*
    **Defendants**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF SERVICE BY PRIVATE PROCESS SERVER

    I, the undersigned, hereby certify as follows:

    1.    That I am a competent private person over the age of eighteen years and am

not a party to this action.

    2.    That I served process upon Kim Johnson, Office of Dept. Of Assessment  at
301 W. Preston St., Suite 801, Baltimore, Md 21201  on  Oct. 23, 200  at  12:05 a.m./p.m.
by delivering and leaving with the person served a  **WRIT OF SUMMONS AND
COMPLAINT**   filed in the above captioned case .

Description of the Defendant / Person Served:  Race _B_  Sex _F_  Height _5 ½_ Weight _140_ Age _30's_

    I do solemnly declare and affirm under the penalties of perjury that the matters and
facts set forth herein are true and correct.

                         Respectfully submitted,

                         _Kathy Chopper_

                         Signature
                         Printed Name:  Kathy Chopper
                         Address:        40 Jamar Drive
                         City/State/Zip:  Severna Park, Md 21146
                         Phone:          410-544-4546