UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| INDYMAC BANK, F.S.B. : | |
| *Plaintiff*, : | |
| : | Case No. 1:07-cv-01678 RWR |
| v. : | Case Assigned to Judge Richard W. Roberts |
| : | Next Event: |
| LEMARCOS A. IRVING., et al., : | |
| *Defendants*. : | |

## ANSWER OF DEFENDANT FAIRFAX REALTY, INC.

COMES NOW, defendant Fairfax Realty, Inc., by and through counsel, THOMPSON O'DONNELL, LLP, and for its Answer to the Complaint states as follows:

### FIRST DEFENSE

The Complaint and each claim therein fails to state a cause of action or a claim upon which relief may be granted against this defendant.

### SECOND DEFENSE

Responding to the specific allegations in the Complaint against it, defendant states as follows:

### Parties

1-4.　Defendant lacks sufficient information at this time upon which to base a response to the allegations in these paragraphs, and to the extent a response is required, denied.

5.　Defendant denies that Albert Smith was an employee or agent of Fairfax Realty, Inc. at any time relevant to the events described in this Complaint. Defendant lacks sufficient information at this time upon which to base a response to the remaining allegations in these paragraphs, and to the extent a response is required, denied.

6.　Admitted.

7-10. Defendant lacks sufficient information at this time upon which to base a response to the allegations in these paragraphs, and to the extent a response is required, denied.

## Jurisdiction and Venue

11-12. These are legal allegation to which no response is required. To the extent a response is required, denied.

## Facts Common to All Counts

13-33. Defendant lacks sufficient information and knowledge at this time upon which to base a response to the allegations in these paragraphs, and to the extent a response is required, denied.

34. Denied.

35-36. Defendant lacks sufficient information and knowledge at this time upon which to base a response to the allegations in these paragraphs, and to the extent a response is required, denied.

## Count 1 - Negligence (Southshore Title)

37. Defendant restates and incorporates its responses to paragraphs 1 through 36 as if fully set forth herein.

38-41. These allegations are not made against this defendant, therefore, no response is required.

**Count 2 - Negligence (Harvey & Associates)**

42. Defendant restates and incorporates its responses to paragraphs 1 through 41 as if fully set forth herein.

43-46. These allegations are not made against this defendant, therefore, no response is required.

**Count 3 - Breach of Contract (Legacy)**

47. Defendant restates and incorporates its responses to paragraphs 1 through 46 as if fully set forth herein.

48-51. These allegations are not made against this defendant, therefore, no response is required.

**Count 4 - Negligence (Legacy and Adebayo)**

52. Defendant restates and incorporates its responses to paragraphs 1 through 51 as if fully set forth herein.

53-57. These allegations are not made against this defendant, therefore, no response is required.

**Count 5 – Specific Performance (Legacy)**

58. Defendant restates and incorporates its responses to paragraphs 1 through 57 as if fully set forth herein.

59-60. These allegations are not made against this defendant, therefore, no response is required.

**Count 6 - Fraud (All Defendants)**

61. Defendant restates and incorporates its responses to paragraphs 1 through 60 as if fully set forth herein.

62-63.  Denied.

64-67.  Defendant lacks sufficient information and knowledge at this time upon which to base a response to the allegations in these paragraphs, and to the extent a response is required, denied.

68-69.  Denied.

### Count 7 – Civil Conspiracy (All Defendants)

70. Defendant restates and incorporates its responses to paragraphs 1 through 69 as if fully set forth herein.

71-75.  Denied.

### THIRD DEFENSE

All or parts of plaintiff's claims are barred by the applicable statute of limitations.

### FOURTH DEFENSE

Pleading hypothetically at this time, plaintiff's injuries and/or damages, if any, were the result of its own sole or contributory negligence, assumption of the risk and/or failure to mitigate damages.

### FIFTH DEFENSE

Pleading hypothetically at this time, plaintiff's claims are barred by the doctrines of waiver and/or release and/or estoppel and/or laches and/or unclean hands.

### SIXTH DEFENSE

Pleading hypothetically at this time, plaintiff's injuries and/or damages, if any, were the result of the acts or omissions of others over whom this defendant had no control or right of control.

SEVENTH DEFENSE

Defendant reserves the right to rely on any additional defenses which become apparent through further investigation or discovery.

WHEREFORE, defendant Fairfax Realty, Inc., prays that the Complaint be dismissed as to it, with costs and attorneys' fees assessed against plaintiff.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

//s// Matthew W. Carlson //s//
Matthew W. Carlson
D.C. Bar No. 448905
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
Phone: (202) 289-1133
Fax: (202) 289-0275
Email: mwc@tomnh.com
*Counsel for Fairfax Realty, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing **Answer of Defendant Fairfax Realty, Inc.** was filed electronically and sent via electronic delivery or first class mail, postage prepaid this 29th day of October, 2007, to the following parties or counsel of record:

Michael N. Russo, Jr.
Michael S. Steadman, Jr.
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289
*Counsel for Plaintiff*

Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Southshore Title & Escrow, Inc.
7019 Backlick Court
Springfield, VA 22151
Serve On: Resident Agent
    Hofdahl, Inc.
      3521 Barkely Dr.
      Fairfax, VA 22031

Douglas Richard Taylor, Esq.
10400 Connecticut Ave., Ste #513
Kensington, MD 20895
*Counsel for Timothy F. Geppert*

Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD 20754

Legacy Financial Corporation
9617 Eldwick Way
Potomac, MD 20854
Serve On: Resident Agent
    Gary M. Gertier
    9617 Eldwick Way
    Potomac, MD 20854

Samuel Adebayo
7811 Montrose Road, Ste. 501
Rockville, MD 20854

Corporate Management Services, Inc.
1400 Spring St., Ste. 415
Silver Spring, MD 20910
Serve On: Resident Agent
    Alan R. Davis
      1400 Spring St., Ste. 415
      Silver Spring, MD 20910

Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

Jan E. Simonsen, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
*Counsel for William C. Harvey & Associates, Inc.*

Larry E. Becker, Esq.
CARR MALONEY, P.C.
5501 Backlick Road, Suite 220
Springfield, VA 22151
*Counsel for William C. Harvey & Associates, Inc.*

                                           //s// Matthew W. Carlson //s//
                                           Matthew W. Carlson