UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | Case No. 1:07-cv-01678 RWR |
| | : | Case Assigned to Judge Richard W. Roberts |
| LEMARCOS A. IRVING., et al., | : | Next Event: |
| *Defendants*. | : | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Fairfax Realty, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Fairfax Realty, Inc. which have any outstanding securities in the hands of the public:  None.

Theses representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

 //s// Matthew W. Carlson //s//
Matthew W. Carlson
D.C. Bar No. 448905
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C.  20005
Phone: (202) 289-1133
Fax: (202) 289-0275
Email: mwc@tomnh.com
*Counsel for Fairfax Realty, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing **Answer of Defendant Fairfax Realty, Inc.** was filed electronically and sent via electronic delivery or first class mail, postage prepaid this 29th day of October, 2007, to the following parties or counsel of record:

Michael N. Russo, Jr.
Michael S. Steadman, Jr.
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD  21404-2289
*Counsel for Plaintiff*

Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Southshore Title & Escrow, Inc.
7019 Backlick Court
Springfield, VA  22151
Serve On: Resident Agent
      Hofdahl, Inc.
        3521 Barkely Dr.
        Fairfax, VA  22031

Douglas Richard Taylor, Esq.
10400 Connecticut Ave., Ste #513
Kensington, MD 20895
*Counsel for Timothy F. Geppert*

Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD  20754

Legacy Financial Corporation
9617 Eldwick Way
Potomac, MD  20854
Serve On: Resident Agent
      Gary M. Gertier
      9617 Eldwick Way
      Potomac, MD  20854

Samuel Adebayo
7811 Montrose Road, Ste. 501
Rockville, MD  20854

Corporate Management Services, Inc.
1400 Spring St., Ste. 415
Silver Spring, MD  20910
Serve On: Resident Agent
	Alan R. Davis
	1400 Spring St., Ste. 415
	Silver Spring, MD  20910

Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

Jan E. Simonsen, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
*Counsel for William C. Harvey & Associates, Inc.*

Larry E. Becker, Esq.
CARR MALONEY, P.C.
5501 Backlick Road, Suite 220
Springfield, VA 22151
*Counsel for William C. Harvey & Associates, Inc.*

					//s// Matthew W. Carlson //s//
					Matthew W. Carlson