IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COUMBIA

| | |
|---|---|
| INDYMAC BANK, F.S.B., | : |
| Plaintiff, | : |
| v. | : 1:07-cv-01678 RWR |
| | : RWR |
| LEMARCOS A. IRVING, et al., | : |
| Defendants. | : |

**DEFENDANT WILLIAM C. HARVEY & ASSOCIATES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COMES NOW, Defendant William C. Harvey & Associates ("Harvey & Associates"), Inc., by counsel, CARR MALONEY P.C., and pursuant to F.R.Civ.P. 15(a) hereby opposes Plaintiff's Motion For Leave to File First Amended Complaint.  As grounds therefore, Defendant states as follows:

Plaintiff filed its Complaint on September 15, 2007 and included Defendant Harvey & Associates in the caption of the complaint yet failed to identify Harvey & Associates as one of the defendants in the "Parties" section of the complaint.  In its Motion, Plaintiff merely claims the addition of Defendant Harvey & Associates was omitted. (See Plaintiff's Memorandum In Support of Motion For leave To File First Amended Complaint at pg. 2).

Plaintiff should have known to designate Harvey & Associates as a defendant at the time it filed its original complaint as identifying parties is a crucial element of the pleading.  Now, over one month later, armed with the same information it had on September 15, 2007, Plaintiff wishes to add Harvey & Associates to its designated list of defendants.   There is no justifiable reason for Plaintiff to omit the designation of a named party in its original complaint.

Furthermore, Plaintiff wishes to amend its complaint by asserting further allegations against Harvey & Associates. (Id). Specifically, Plaintiff inserted Harvey & Associates' name in factual allegation number 34 and the Fraud count in the complaint. (See Plaintiff's First Amended Complaint at pgs. 8 and 14). Plaintiff also added a paragraph claiming Harvey & Associates produced a fraudulent appraisal of the subject property. (Id at pg. 15). Plaintiff had all of this information at the time it filed its original complaint on September 15 yet he did not include it. Moreover, Plaintiff offers no reasons whatsoever for its failure to include Harvey & Associates in the allegations.

Rule 15(a) allows for amendments of pleadings "when justice so requires." In light of the fact that Plaintiff simply forgot to include Defendant Harvey & Associates from much of its original complaint and gives no reason for its omission, this is not a situation in which justice requires that this Court allow Plaintiff to amend its complaint.

WHEREFORE, Defendant William C. Harvey & Associates, Inc. respectfully requests this Court deny Plaintiff's Motion for Leave to File First Amended Complaint.

                                              Respectfully submitted,

                                              CARR MALONEY P.C.

By:   /s/ Jan E. Simonsen
       Jan E. Simonsen, 417928
       1615 L Street, N.W.
       Suite 500
       Washington, D.C. 20036
       (202) 310-5500 (telephone)
       (202) 310-5555 (facsimile)

<u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that a copy of the foregoing was served electronically on this 29th day of October, 2007, to:

    Michael N. Russo, Jr.
    Michael S. Steadman, Jr.
    125 West Street
    4th Floor
    P.O. Box 2289
    Annapolis, MD 21404-2289

    Larry E. Becker, Esq.
    5501 Backlick Road, Suite 220
    Springfield, Virginia 22151

    Matthew W. Carlson, Esq.
    Thompson O'Donnell, LLP
    1212 New York Ave., N.W.
    Suite 1000
    Washington, D.C. 20005

    Douglas R. Taylor, Esq
    P.O. Box 4566
    Rockville, MD 20850

    Lemarcos A. Irving
    5755 Oak Forest Court
    Indian Head, Maryland  20640

    Nina Q. Irving
    5755 Oak Forest Court
    Indian Head, Maryland  20640

    Southshore Title & Escrow, Inc.
    Resident Agent: Hofdahl, Inc.
    3521 Barkley Drive
    Fairfax, Virginia  22031

Albert Smith
4140 Ferry Landing Road
Dunkirk, MD 20754

Legacy Financial Corporation
Resident Agent: Gary M. Gertier
9617 Eldwick Way
Potomac, Maryland  20854

Samuel Adebayo
7811 Montrose Road
Ste. 501
Rockville, Maryland  20854

Corporation Management Services, Inc.
Resident Agent: Alan R. Davis
1400 Spring St.
Ste. 415
Silver Spring, Maryland 20910

Alan R. Davis
1400 Spring St.
Ste. 415
Silver Spring, Maryland  20910


/s/ Jan E. Simonsen_____
Jan E. Simonsen

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | : | |
| PLAINTIFF | : | |
| v. | : | CIVIL ACTION NO.:1-07-cv-01678(RWR) |
| LEMARCOS A. IRVING, et al. | : | |
| DEFENDANTS | : | |

### ORDER

Upon consideration of Defendant, William A. Harvey & Associates, Inc.'s Opposition to Plaintiff's Motion for Leave to File its First Amended Complaint, it is by this Honorable Court, this _____ day of _____, 2007

ORDERED, that said Motion be, and the same hereby is DENIED.

_____
Judge Richard W. Roberts

Copies to:

Jan E. Simonsen, Esquire
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036

Michael N. Russo, Jr.
Michael S. Steadman, Jr.
125 West Street
4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289

Larry E. Becker, Esq.
5501 Backlick Road, Suite 220
Springfield, Virginia 22151

Matthew W. Carlson, Esq.
Thompson O'Donnell, LLP
1212 New York Ave., N.W.
Suite 1000
Washington, D.C. 20005

Douglas R. Taylor, Esq
P.O. Box 4566
Rockville, MD 20850

Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, Maryland 20640

Nina Q. Irving
5755 Oak Forest Court
Indian Head, Maryland 20640

Southshore Title & Escrow, Inc.
Resident Agent: Hofdahl, Inc.
3521 Barkley Drive
Fairfax, Virginia 22031

Albert Smith
4140 Ferry Landing Road
Dunkirk, MD 20754

Legacy Financial Corporation
Resident Agent: Gary M. Gertier
9617 Eldwick Way
Potomac, Maryland  20854

Samuel Adebayo
7811 Montrose Road
Ste. 501
Rockville, Maryland  20854

Corporation Management Services, Inc.
Resident Agent: Alan R. Davis
1400 Spring St.
Ste. 415
Silver Spring, Maryland 20910

Alan R. Davis
1400 Spring St.
Ste. 415
Silver Spring, Maryland  20910