LAW OFFICES
# THOMPSON O'DONNELL, LLP

1212 NEW YORK AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20005-2216

(202) 289-1133
FACSIMILE (202) 289-0275
www.thompson-odonnell.com

JULIAN E. MARKHAM, JR. + * †
RANDELL HUNT NORTON + *
KENNETH G. STALLARD + ★
MATTHEW W. CARLSON * +

EILEEN M. O'BRIEN • *
RAMONA C. COTCA *
MOLLY M. RYAN ▲

\* ALSO ADMITTED IN MARYLAND
\+ ALSO ADMITTED IN VIRGINIA
† ALSO ADMITTED IN FLORIDA
★ ALSO ADMITTED IN WEST VIRGINIA
• ALSO ADMITTED IN NEW YORK
▲ ALSO ADMITTED IN CALIFORNIA

27 WOOD LANE
ROCKVILLE, MARYLAND 20850
(301) 424-6060

4113 LEE HIGHWAY
ARLINGTON, VIRGINIA 22207
(703) 522-2255

OF COUNSEL
JAMES F. BROMLEY

RETIRED
JOHN JUDE O'DONNELL
HENRY F. HARDING
JAMES W. GREENE

J. ROY THOMPSON, JR.
(1912 - 2005)
THOMAS H. MCGRAIL
(1920 - 1996)
JOHN E. LARSON
(1896 - 1995)

October 30, 2007

Nancy Mayer-Whittington
Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Indymac Bank, F.S.B. v. Lemarcos Irving, et al.
    Case No. 1:07-cv-01678 RWR

Dear Ms. Mayer-Whittington:

Per the instructions of Judge Richard W. Roberts' Courtroom Deputy, Linda Romero, attached is a proposed Order for execution.

If you have any questions, or require anything further, please contact me. Thank you for your courtesies in this regard.

Sincerely,
/s/
Matthew W. Carlson, # 448905

CC:
Via electronic delivery:
    Michael N. Russo, Jr., Esq.
    Jan E. Simonsen, Esq.
    Douglas Richard Taylor, Esq.
Via Regular Mail:
    Lemarcos A. Irving
    Nina Q. Irving
    Southshore Title & Escrow, Inc. (c/o Hofdahl, Inc.)
    Albert Smith
    Legacy Financial Corporation (c/o Gary M. Gertier)
    Samuel Adebayo
    Corporate Management Service, Inc. (c/o Alan R. Davis)
    Alan R. Davis

UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| INDYMAC BANK, F.S.B. | : |
| *Plaintiff*, | : |
| | : |
| v. | : Case No. 1:07-cv-01678 RWR |
| | : |
| LEMARCOS A. IRVING., et al., | : |
| *Defendants*. | : |

**ORDER**

Upon consideration of the Notice of Consent (#14) filed by Plaintiff and defendant Fairfax Realty, Inc., in this matter on October 17, 2007, and the record in this matter, it is this ____ day of _____, 2007,

ORDERED that Fairfax Realty, Inc.'s time to respond to the Complaint is extended to October 29, 2007.

_____
RICHARD W. ROBERTS
U.S. District Court Judge

Copies to:

Michael N. Russo, Jr.
Michael S. Steadman, Jr.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD  21404-2289

Matthew W. Carlson
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C.  20005

Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Southshore Title & Escrow, Inc.
7019 Backlick Court
Springfield, VA  22151
Serve On: Resident Agent
Hofdahl, Inc.
3521 Barkely Dr.
Fairfax, VA  22031

Douglas Richard Taylor, Esq.
P.O. Box 4566
Rockville, Maryland 20850
*Counsel for Timothy F. Geppert*

Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD  20754

Legacy Financial Corporation
9617 Eldwick Way
Potomac, MD  20854
Serve On: Resident Agent
Gary M. Gertier
9617 Eldwick Way
Potomac, MD  20854

Samuel Adebayo
7811 Montrose Road, Ste. 501
Rockville, MD  20854

Corporate Management Services, Inc.
1400 Spring St., Ste. 415
Silver Spring, MD  20910
Serve On: Resident Agent
Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

2

Jan E. Simonsen, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036

                                                //s// Matthew W. Carlson
                                                Matthew W. Carlson