**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
|    Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 (RWR) |
| LEMARCOS A. IRVING, et al. | * | |
|    Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S REPLY TO WILLIAM C. HARVEY & ASSOCIATES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff IndyMac Bank, FSB, by and through its attorneys, Council, Baradel, Kosmerl and Nolan, P.A., and Michael N. Russo, Jr., hereby offers this Reply to William C. Harvey & Associates, Inc.'s Opposition to Plaintiff's Motion for Leave to File First Amended Complaint, and therefore states as follows:

**RELEVANT PROCEDURAL HISTORY**

On September 21, 2007, Plaintiff IndyMac Bank, FSB ("Plaintiff IndyMac") filed its Complaint with this Court. On September 28, 2007, Defendant William C. Harvey & Associates, Inc. ("Defendant Harvey & Associates") was served with notice of this action. On October 22, 2007, Plaintiff IndyMac filed a Motion for Leave to File a First Amended Complaint, with the First Amended Complaint attached as an Exhibit. On October 29, 2007, Defendant Harvey & Associates filed an Opposition to the Motion for Leave.[1]

---

[1] Defendant Harvey & Associates also filed a Motion to Dismiss and an Amended Motion to Dismiss to which Plaintiff provided an Opposition.

1

## ARGUMENT

Fed. R. Civ. P. 15(a) states, in relevant part, "a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." The United States Supreme Court and the Federal Courts provide a multitude of opinions regarding Fed. R. Civ. P. 15(a).

In *Foman v. Davis*, 371 U.S. 178, 182 (1962), the Supreme Court for the United States stated

> If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to rest his claim on the merits. In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice rot the opposing party by virtue of allowance of the amended, futility of amendment, etc. – the leave sought should, as the rules require, be 'freely given.'

In *Pannell v. District of Columbia*, 829 A.2d 474, 477 (2003), the Court of Appeals for the District of Columbia stated that "leave should be granted unless there are sound reasons for denying it." A trial court should consider several factors in determining whether to grant leave for amending a pleading. *Id*. Such factors are, as follows

> (1) the number of requests to amend; (2) the length of time that the case has been pending; (3) the presence of bad faith or dilatory reasons for the request; (4) the merit of the proffered amended pleading; and (5) any prejudice to the non-moving party.

A Court may use its discretion in determining whether to grant leave for an amended pleading. However, "it is an abuse of discretion to deny leave to amend unless there is sufficient reason, such as 'undue delay, bad faith or dilatory motive …" *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. 1996), quoting *Forman*, 371 U.S. at 182.

Defendant Harvey & Associates does not provide any suggestion that any of the factors listed by the United States Supreme Court or the District of Columbia Court of Appeals are applicable to Plaintiff's Motion for Leave. Further, Defendant Harvey & Associates fails to provide "any sound reason" as to why this Court should deny the Motion for Leave. Rather, Plaintiff IndyMac filed it Motion for Leave to Amend its Complaint just one month after the initial filing of the Complaint. Plaintiff IndyMac's First Amended Complaint expands on the facts already set forth in the Complaint originally filed with this Court. There is no prejudice to any of the parties by this Court granting the Motion for Leave to Amend the Complaint. This Court has discretion to grant Plaintiff's Motion for Leave and should do so.

## CONCLUSION

For the reasons stated above, this Court should grant the Motion for Leave to Amend Plaintiff's Complaint and docket the First Amended Complaint in this case.

**WHEREFORE**, for the reasons set forth above, Plaintiff IndyMac Bank, F.S.B., respectfully requests that this Court, enter an Order granting Plaintiff's Motion for Leave to Amend Complaint, and grant any such further relief as this Court deems appropriate.

|  |  |
|---|---|
|  | COUNCIL, BARADEL, KOSMERL & NOLAN, P.A. |
| Date:  November 2, 2007 |  |
|  | By:   */s/MICHAEL N. RUSSO, JR.*<br>Michael N. Russo, Jr.<br>D.C. Bar No. 424712<br>Michael S. Steadman, Jr.<br>D.C. Bar No. 502347<br>125 West Street, 4th Floor<br>Post Office Box 2289<br>Annapolis, Maryland 21404-2289 |
|  | Annapolis:  (410) 268-6600<br>Baltimore:  (410) 269-6190<br>Washington: (301) 261-2247 |
|  | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2007, a copy of the foregoing document was mailed, first class postage prepaid or by electronic transmission through ECF, to:

Douglas Richard Taylor, Esq.
P.O. Box 4566
Rockville, MD  20850

Jan E. Simonson, Esq.
CARR MALONEY PC
1615 L St., N. W., Ste. 500
Washington, D.C.  20036

Larry E. Becker, Esq.
BECKER, KELLOGG & BERRY, P.C.
5501 Backlick Rd., Ste. 200
Springfield, VA  22151

Sean M. Hanifin, Esq.
ROSS, DIXON & BELL
2001 K Street, N. W.
Washington, D.C   20006

Matthew W. Carlson, Esq.
THOMPSON & O'DONNELL, LLP
1212 New York Ave., N.W., Ste. 1000
Washington, D.C.  20005

Mr. Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Ms. Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD  20640

SOUTHSHORE TITLE & ESCROW, INC.
Resident Agent:  Hofdahl, Inc.
7019 Backlick Court
Springfield, VA  22151

FAIRFAX REALTY, INC.
Resident Agent: David P. Michalski
103 W. Broad St., Ste. 400
Falls Church, VA  22046

Mr. Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD  20754

LEGACY FINANCIAL CORPORATION
Resident Agent:  Gary M. Gertier
9617 Eldwick Way
Potomac, MD  20854

Mr. Samuel Adebayo
7811 Montrose Road, Ste. 501
Rockville, MD  20854

CORPORATE MANAGEMENT SERVICES, INC.
Resident Agent:  Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

Mr. Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

/s/MICHAEL N. RUSSO, JR.