IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| INDYMAC Bank, F.S.B., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEMARCOS A. IRVING, et al., )<br>)<br>Defendant. )<br>) | Case No.: 1:07CV01678 (RWR) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Southshore Title & Escrow, Inc. ("Southshore"), by and through the undersigned counsel, hereby respectfully moves for an extension of time to respond to Plaintiff's Complaint until after the Court rules upon the Plaintiff IndyMac Bank, F.S.B.'s ("Plaintiff") Motion for Leave to File First Amended Complaint. Plaintiff hereby consents to an extension of time for Southshore to respond to its Complaint up to and including three days after the Court rules on Plaintiff's Motion for Leave to File a First Amended Complaint. Accordingly, Defendant Southshore respectfully requests that the Court grant the extension of time for Defendant Southshore to respond to Plaintiff's Complaint up to and including three days after the Court rules on Plaintiff's First Amended Complaint. If the Court denies Plaintiff's motion to amend its complaint, Defendant Southshore will respond to the original Complaint within three days of receiving notice of the Court's ruling on the Motion for Leave to File First Amended Complaint.

Dated:  November 7, 2007     Respectfully submitted,

/*s*/ Sean M. Hanifin
Sean M. Hanifin (D.C. Bar No. 358347)
ROSS, DIXON & BELL
2001 K Street, N.W.
Washington, D.C.  20006-1040
(202) 662-2000

*Attorney for Defendant*
*Southshore Title & Escrow, Inc.*


/*s*/ Michael N. Russo, Jr.
Michael N. Russo, Jr. (D.C. Bar No. 424712)
COUNCIL, BARADEL, KOSMERL, & NOLAN, P.A.
125 West Street, 4th Floor
Post Office Box 2289
Annapolis, MD 21404-2289
(410) 268-6600

*Attorney for Plaintiff*
*IndyMac Bank, F.S.B.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| INDYMAC Bank, F.S.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07CV01678 (RWR) |
| ) | |
| LEMARCOS A. IRVING, et al., ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION of Defendant Southshore Title and Escrow Inc.'s Consent Motion for Extension of Time, it is this _____ day of November, 2007, hereby

ORDERED that Defendant's time to respond to the Complaint is extended up to and including three days after this Court rules on the Plaintiff's Motion for Leave to File First Amended Complaint.

                                                Judge Richard W. Roberts

Copies to:

Sean M. Hanifin, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

Michael N. Russo, Jr., Esq.
125 West Street, 4th Floor
Post Office Box 2289
Annapolis, MD 21404-2289

Douglas Richard Taylor, Esq.

P.O. Box 4566
Rockville, MD 20850

Jan E. Simonson, Esq.
CARR MALONEY PC
1615 L St., N.W., Ste. 500
Washington, D.C. 20036

Larry E. Becker, Esq.
BECKER, KELLOGG & BERRY, P.C.
5501 Backlick Rd., Ste. 200
Springfield, VA 22151

Matthew W. Carlson, Esq.
THOMPSON & O'DONNELL, LLP
1212 New York Ave., N.W., Ste. 1000
Washington, D.C. 20005

Mr. Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Ms. Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD 20640

SOUTHSHORE TITLE & ESCROW, INC.
Resident Agent: Hofdahl, Inc.
7019 Backlick Court
Springfield, VA 22151

FAIRFAX REALTY, INC.
Resident Agent: David P. Michalski
103 W. Broad St., Ste. 400
Falls Church, VA 22046

Mr. Albert Smith
4140 Ferry Landing R.d
Dunkirk, MD 20754

LEGACY FINANCIAL CORPORATION
Resident Agent: Gary M. Gertier
9617 Eldwick Way
Potomac, MD 20854

Mr. Samuel Adebayo

7811 Montrose Road, Ste. 501
Rockville, MD 20854

CORPORATE MANAGEMENT SERVICES, INC.
Resident Agent: Alan R. Davis
1400 Spring St., Ste 415
Silver Spring, MD 20910

Mr. Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Consent Motion for Extension of Time, filed electronically with the Court on November 7, 2007 was served via first-class mail, postage prepaid, this 7th day of November, 2007 to:

Michael N. Russo, Jr., Esq.
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West St., 4th Flr., P.O. Box 2289
Annapolis, MD 21404-2289

Douglas Richard Taylor, Esq.
P.O. Box 4566
Rockville, MD 20850

Jan E. Simonson, Esq.
CARR MALONEY PC
1615 L St., N.W., Ste. 500
Washington, D.C. 20036

Larry E. Becker, Esq.
BECKER, KELLOGG & BERRY, P.C.
5501 Backlick Rd., Ste. 200
Springfield, VA 22151

Matthew W. Carlson, Esq.
THOMPSON & O'DONNELL, LLP
1212 New York Ave., N.W., Ste. 1000
Washington, D.C. 20005

Mr. Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Ms. Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD 20640

SOUTHSHORE TITLE & ESCROW, INC.
Resident Agent: Hofdahl, Inc.
7019 Backlick Court
Springfield, VA 22151

FAIRFAX REALTY, INC.

Resident Agent: David P. Michalski
103 W. Broad St., Ste. 400
Falls Church, VA 22046

Mr. Albert Smith
4140 Ferry Landing R.d
Dunkirk, MD 20754

LEGACY FINANCIAL CORPORATION
Resident Agent: Gary M. Gertier
9617 Eldwick Way
Potomac, MD 20854

Mr. Samuel Adebayo
7811 Montrose Road, Ste. 501
Rockville, MD 20854

CORPORATE MANAGEMENT SERVICES, INC.
Resident Agent: Alan R. Davis
1400 Spring St., Ste 415
Silver Spring, MD 20910

Mr. Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

                      /s/ Sean M. Hanifin
                      Sean M. Hanifin