**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
|     Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 (RWR) |
| LEMARCOS A. IRVING, et al. | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT OF SERVICE**

Jennifer A. Perry does hereby swear and affirm under the penalties of perjury that the following facts and allegations are true and correct and are made of her personal knowledge:

1. That I am over 18 years of age and am competent to be a witness to the matters stated herein.

2. That I am a paralegal employed with the law firm of Council, Baradel, Kosmerl & Nolan, P.A.

3. Michelle J. Marzullo, Esquire, emailed our office informing us that she would accept service of the Summons issued to Defendant Samuel Adebayo and the Complaint filed in this matter.

4. That on Friday, December 14, 2007, I emailed the Summons issued to Defendant Adebayo and Complaint to Michelle J. Marzullo.

12/18/07
Date

_Jennifer A. Perry_
Jennifer A. Perry

STATE OF *Maryland*
COUNTY OF *Anne Arundel*, to wit:

I HEREBY CERTIFY that on this __18th__ day of __December__, 2007, before me, the subscriber, a Notary Public, in and for the State and County aforesaid, personally appeared Jennifer A. Perry, who acknowledged the execution of the foregoing document to be her free act and deed.

AS WITNESS my hand and Notarial Seal.

_____
Notary Public

My Commission Expires: _____

Deborah Harding
Notary Public
Anne Arundel Co., MD
My Commission Expires 7/2009