## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INDYMAC BANK, F.S.B.          :
                              :
    PLAINTIFF                 :
                              :
v.                            :   CIVIL ACTION NO.:1-07-cv-01678(RWR)
                              :
LEMARCOS A. IRVING, et al.    :
                              :
    DEFENDANTS                :

### ANSWER TO FIRST AMENDED COMPLAINT

Defendant, William C. Harvey & Associates, Inc., by its counsel, CARR MALONEY P.C., and in answer to the Plaintiff's Amended Complaint states as follows:

### Parties

1. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1 of the Amended Complaint and therefore denies the allegations.

2. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2 of the Amended Complaint and therefore denies the allegations.

3. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 of the Amended Complaint and therefore denies the allegations.

4. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 4 of the Amended Complaint and therefore denies the allegations.

5. William C. Harvey & Associates, Inc. lacks the knowledge and information

sufficient to form a belief as to the truth of the allegations set forth in Paragraph 5 of the Amended Complaint and therefore denies the allegations.

6. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Amended Complaint and therefore denies the allegations.

6.1. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6.1 of the Amended Complaint and therefore denies the allegations.

7. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 of the Amended Complaint and therefore denies the allegations.

8. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of the Amended Complaint and therefore denies the allegations.

9. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 9 of the Amended Complaint and therefore denies the allegations.

10. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10 of the Amended Complaint and therefore denies the allegations.

10.1. Upon information and belief, Paragraph 10.1 is admitted

<u>Jurisdiction and Venue</u>

11. The allegation in Paragraph 11 of the Amended Complaint is a legal allegation to which no response is required. To the extent a response is required, denied.

12. The allegation in Paragraph 12 of the Amended Complaint is a legal allegation to which no response is required. To the extent a response is required, denied.

Facts Common To All Counts

13. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 13 of the Amended Complaint and therefore denies the allegations.

14. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14 of the Amended Complaint and therefore denies the allegations.

15. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 15 of the Amended Complaint and therefore denies the allegations.

16. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 16 of the Amended Complaint and therefore denies the allegations.

17. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 of the Amended Complaint and therefore denies the allegations.

18. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 of the Amended Complaint and therefore denies the allegations.

19. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19 of the Amended Complaint and therefore denies the allegations.

20. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 of the Amended Complaint and therefore denies the allegations.

21. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21 of the Amended Complaint and therefore denies the allegations.

22. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 of the Amended Complaint and therefore denies the allegations.

23. Paragraph 23 of the Amended Complaint is denied.

24. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 24 of the Amended Complaint and therefore denies the allegations.

25. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 25 of the Amended Complaint and therefore denies the allegations.

26. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 26 of the Amended Complaint and therefore denies the allegations.

27. William C. Harvey & Associates, Inc. lacks the knowledge and information

sufficient to form a belief as to the truth of the allegations set forth in Paragraph 27 of the Amended Complaint and therefore denies the allegations.

28. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 28 of the Amended Complaint and therefore denies the allegations.

29. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 of the Amended Complaint and therefore denies the allegations.

30. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 30 of the Amended Complaint and therefore denies the allegations.

31. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 31 of the Amended Complaint and therefore denies the allegations.

32. Paragraph 32 of the Amended Complaint is denied.

33. Insofar as Paragraph 33 of the Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 33 of the Amended Complaint and therefore denies the allegations.

34. Insofar as Paragraph 34 of the Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 34 of the Amended Complaint and therefore denies the allegations.

35. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 35 of the Amended Complaint and therefore denies the allegations.

36. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 36 of the Amended Complaint and therefore denies the allegations.

Count 1 – Negligence (Southshore Title)

37. William C. Harvey & Associates, Inc. restates and incorporates its responses as set forth above.

38. The allegations set forth in Paragraph 38 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

39. The allegations set forth in Paragraphs 39 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

40. The allegations set forth in Paragraphs 40 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

41. The allegations set forth in Paragraphs 41 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

Count 2 – Negligence (William C. Harvey & Associates, Inc)

42. Defendant restates and incorporates its responses to Paragraphs 1 through 41 as set forth above.

43. Paragraph 43 of the Amended Complaint is denied.

44. Paragraph 44 of the Amended Complaint is admitted.

45. Paragraph 45 of the Amended Complaint is denied.

46. Paragraph 46 of the Amended Complaint is denied.

WHEREFORE, the defendant, William C. Harvey & Associates, Inc., respectfully requests that Count 2 of the Amended Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

### Count 3 – Breach of Contract (Legacy)

47. Defendant restates and incorporates its responses to Paragraphs 1 through 46 as set forth above.

48. The allegations set forth in Paragraphs 48 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

49. The allegations set forth in Paragraphs 49 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

50. The allegations set forth in Paragraphs 50 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

51. The allegations set forth in Paragraphs 51 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

### Count 4 – Negligence (Legacy and Adebayo)

52. Defendant restates and incorporates its responses to Paragraphs 1 through 51 as set forth above.

53. The allegations set forth in Paragraphs 53 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

54. The allegations set forth in Paragraphs 54 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

55. The allegations set forth in Paragraphs 55 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

56. The allegations set forth in Paragraphs 56 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

57. The allegations set forth in Paragraphs 57 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

Count 5 – Specific Performance (Legacy)

58. Defendant restates and incorporates its responses to Paragraphs 1 through 57 as set forth above.

59. The allegations set forth in Paragraphs 59 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

60. The allegations set forth in Paragraphs 60 of the Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

Count 6 – Fraud (All Defendants)

61. Defendant restates and incorporates its responses to Paragraphs 1 through 60 as set forth above.

62. Insofar as Paragraph 62 of the Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 62 of the Amended Complaint and therefore denies the allegations.

63. Insofar as Paragraph 63 of the Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining

allegations set forth in Paragraph 63 of the Amended Complaint and therefore denies the allegations.

64. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 64 of the Amended Complaint and therefore denies the allegations.

65. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 65 of the Amended Complaint and therefore denies the allegations.

66. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 66 of the Amended Complaint and therefore denies the allegations.

67. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 67 of the Amended Complaint and therefore denies the allegations.

67.1. Paragraph 67.1 of the Amended Complaint is denied.

67.2. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 67.2 of the Amended Complaint and therefore denies the allegations.

68. Insofar as Paragraph 68 of the Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 68 of the Amended Complaint and therefore denies the allegations.

69. Insofar as Paragraph 69 of the Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates,

Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 69 of the Amended Complaint and therefore denies the allegations.

WHEREFORE, the defendant, William C. Harvey & Associates, Inc., respectfully requests that Count 6 of the Amended Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

<u>Count 7 – Civil Conspiracy (All Defendants)</u>

70. Defendant restates and incorporates its responses to Paragraphs 1 through 69 as set forth above.

71. Insofar as Paragraph 71 of the Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 71 of the Amended Complaint and therefore denies the allegations.

72. Insofar as Paragraph 72 of the Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 72 of the Amended Complaint and therefore denies the allegations.

73. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 73 of the Amended Complaint and therefore denies the allegations.

74. Insofar as Paragraph 74 of the Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining

allegations set forth in Paragraph 74 of the Amended Complaint and therefore denies the allegations.

75.     Insofar as Paragraph 75 of the Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations.  William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 75 of the Amended Complaint and therefore denies the allegations.

WHEREFORE, the defendant, William C. Harvey & Associates, Inc., respectfully requests that Count 7 of the Amended Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

### FIRST DEFENSE

The Amended Complaint fails to state a claim against this defendant upon which relief may be granted.

### SECOND DEFENSE

Defendant avers that any injuries, losses, and damages claimed by the plaintiff herein were the result of the plaintiff's sole and/or contributory negligence.

### THIRD DEFENSE

Defendant avers that the claims alleged in plaintiff's Amended Complaint is barred by the plaintiff's assumption of the risk.

### FORTH DEFENSE

Defendant avers that the claims alleged in plaintiff's Amended Complaint are barred due to the negligence and/or affirmative conduct of others for whom in law this defendant is not responsible.

FIFTH DEFENSE

Defendant will rely upon all defenses lawfully available to it including, but not limited to, those already asserted herein.

SIXTH DEFENSE

That at all times applicable hereto the defendant complied with the standard of care of reasonably competent practitioners acting in the same or similar circumstances.

SEVENTH DEFENSE

Plaintiff's claims are barred by the doctrine of laches.

EIGHTH DEFENSE

Plaintiff's claims against William C. Harvey & Associates, Inc. are asserted without substantial justification and bad faith for which appropriate sanctions should be imposed.

WHEREFORE, the defendant, William C. Harvey & Associates, Inc., respectfully requests that the Amended Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

Respectfully submitted,

CARR MALONEY P.C.

By  _____
Jan E. Simonsen, #417928
1615 L Street, N.W.
Suite 500
Washington, D.C. 20006
(202) 310-5500 (telephone)

(202) 310-5555 (facsimile)

## JURY DEMAND

Defendant demands a trial by jury as to all issues raised herein.



_____
Jan E. Simonsen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer of Defendants to Plaintiff's Amended Complaint was sent electronically on this 4th day of February, 2008, to:

> Michael N. Russo, Jr.
> Michael S. Steadman, Jr.
> 125 West Street
> 4th Floor
> P.O. Box 2289
> Annapolis, MD 21404-2289

Larry E. Becker, Esq.
5501 Backlick Road, Suite 220
Springfield, Virginia 22151

Matthew W. Carlson, Esq.
Thompson O'Donnell, LLP
1212 New York Ave., N.W.
Suite 1000
Washington, D.C. 20005

Douglas R. Taylor
10400 Connecticut Ave.,
Ste. 513
Kensington, MD 20895-3944

Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Sean Michael Hanifin
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, DC 20006-2688
Attorney for Southshore Title & Escrow, Inc.

_____
Jan E. Simonsen