UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
INDYMAC BANK, F.S.B.,          )
                               )
        Plaintiff,             )
                               )
     v.                        )   Civil Action No. 07-1678 (RWR)
                               )
LEMARCOS IRVING et al.,        )
                               )
        Defendants.            )
_____)
```

### ORDER TO SHOW CAUSE

The defendants Albert Smith, Alan Davis, LeMarcos Irving, Nina Irving, Timothy Geppert, and Corporate Management Services, Inc. have not answered the amended complaint by the February 4, 2008 deadline, and plaintiff has failed to seek entry of default or move for default judgment.  Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by March 24, 2008 why these defendants should not be dismissed for want of prosecution.  If appropriate, plaintiff may satisfy this order by securing entries of default, and filing and serving on defendants a motion for default judgment with a proposed final default judgment.

SIGNED this 14th day of March, 2008.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge