AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

IndyMac Bank

**SUMMONS IN A CIVIL CASE**

V.

Lemarcos A. Irving, et al.

CASE NUMBER: 2007-CV-01678  RWR

TO: (Name and address of Defendant)

JUBILEE REALTY AND ASSOCIATES, L.L.C.
4140 Ferry Landing Road
Dunkirk, MD 20754

Serve on: Resident Agent:
Albert Smith
4140 Ferry Landing Road
Dunkirk, MD 20754

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael N. Russo, Jr., Esquire
Council, Baradel, Kosmerl and Nolan, P.A.
125 West Street, 4th Floor
PO Box 2289
Annapolis, Maryland 21401

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           FEB 29 2008

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/15/08 |
| NAME OF SERVER (PRINT) Wayne Males | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 4140 Ferry Landing Rd. Dunkirk, MD 20754

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/15/08     _Wayne Males_
            Date          Signature of Server

40 Jamar Dr. Severn Park, MD 21146
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.