<u>IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA</u>

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
|     Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 |
| LEMARCOS A. IRVING, et al. | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE</u>

COMES NOW, Plaintiff, IndyMac Bank, F.S.B., by and through its attorneys, Council, Baradel, Kosmerl and Nolan, P.A., Michael N. Russo, Jr. and Michael S. Steadman, Jr., and replies to this Court's Order to Show Cause issued on March 14, 2008, and filed on March 17, 2008, and in support thereof states the following:

1. On March 14, 2008, this Court issued an Order to Show Cause in writing by March 24, 2008, as to why Defendants Albert Smith, Alan Davis, LeMarcos Irving, Nina Irving, Timothy Geppert, and Corporate Management Services, Inc. should not be dismissed for want of prosecution.

2. Defendants Albert Smith, Alan Davis and Corporate Management Services, Inc. have not filed an Answer to the Amended Complaint by the February 4, 2008 deadline. These same Defendants have not filed an Answer to the Complaint originally filed with this Court. Under a separate filing, the Plaintiff, IndyMac Bank F.S.B., has filed a Motion for Entry of Default.

3.     Defendants LeMarcos Irving and Nina Irving have not filed an Answer to the First Amended Complaint by the Court ordered deadline of February 4, 2008. These Defendants did file an Answer to the original Complaint filed with this Court. Under a separate pleading Plaintiff has filed for a Motion for Entry of Default against LeMarcos Irving and Nina Irving, for their failure to file an Answer to the First Amended Complaint by the Court ordered deadline of February 4, 2008.

4.     Undersigned counsel has been informed by counsel for Timothy Geppert that Mr. Geppert passed away in November of 2007. Undersigned counsel has suggested that counsel for Mr. Geppert file a Suggestion of Death with this Court. Under a separate pleading Plaintiff, IndyMac Bank F.S.B., has filed Motion for Leave to File a Second Amended Complaint. Attached to the Motion at Exhibit A is the proposed Second Amended Complaint which replaces Defendant Timothy Geppert with the Estate of Timothy Geppert.

5.     Plaintiff has satisfied the Order to Show Cause by filing the Motion for Entry of Default and the Motion for Leave to File the Second Amended Complaint substituting the party Timothy Geppert with the Estate of Timothy Geppert, and by filing this Response.

**WHEREFORE**, Plaintiff respectfully requests that this Court not dismiss the Defendants Albert Smith, Alan Davis, LeMarcos Irving, Nina Irving, Timothy Geppert, and Corporate Management Services, Inc., and grant any such further relief as this Court deems appropriate for this matter.

                                    COUNCIL, BARADEL,
                                    KOSMERL & NOLAN, P.A.

Date: March 20, 2008        By: /S/ *MICHAEL N. RUSSO, JR.*
                                       Michael N. Russo, Jr.
                                         Michael S. Steadman, Jr.
                                         125 West Street, Fourth Floor
                                         P.O. Box 2289
                                         Annapolis, Maryland 21204-2289
                                         410-268-6600
                                         410-269-8409 (fax)
                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 20th day of March, 2008, a copy of the foregoing Motion for Entry of Default was either electronically delivered or mailed First Class, Postage Prepaid, to:

Douglas Richard Taylor, Esq.
P.O. Box 4566
Rockville, MD 20850

Jan E. Simonson, Esq.
CARR MALONEY PC
1615 L St., N. W., Ste. 500
Washington, D.C. 20036

Larry E. Becker, Esq.
BECKER, KELLOGG & BERRY, P.C.
5501 Backlick Rd., Ste. 200
Springfield, VA 22151

Sean M. Hanifin, Esq.
ROSS, DIXON & BELL
2001 K Street, N. W.
Washington, D.C 20006

Matthew W. Carlson, Esq.
THOMPSON & O'DONNELL, LLP
1212 New York Ave., N.W., Ste. 1000
Washington, D.C. 20005

Michael Thomas Hamilton, Esquire
Michelle Marzullo, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
600 Baltimore Avenue
Suite 305
Towson, MD  21204

Mr. Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Ms. Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Mr. Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD  20754

CORPORATE MANAGEMENT SERVICES, INC.
Resident Agent:  Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

Mr. Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

/S/ MICHAEL N. RUSSO, JR.
Michael N. Russo, Jr.