## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

INDYMAC BANK, F.S.B.        *

    Plaintiff        *

v.        *    Case No.: 1-07-cv 01678

LEMARCOS A. IRVING, et al.        *

    Defendants        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR ENTRY OF DEFAULT

COMES NOW, Plaintiff, IndyMac Bank, F.S.B., by and through its attorneys, Council, Baradel, Kosmerl and Nolan, P.A., Michael N. Russo, Jr. and Michael S. Steadman, Jr., and, pursuant to F.R.C.P. 55(a), files this Motion for Entry of Default, and in support thereof states the following:

    1.    On or about September 21, 2007, Plaintiff filed the Complaint for the above-captioned case with this Court.

    2.    On September 24, 2007, Defendant Albert Smith was served with notice of this action. (See attached Exhibit A.)

    3.    On October 23, 2007, Defendant Corporate Management Services, Inc. was served with notice of this action. (See attached Exhibit B.)

    4.    On November 3, 2007, Defendant Alan R. Davis was served with notice of this action. (See attached Exhibit C.)

    5.    Defendants' responses were due to be filed with the Court within 20 days of the date of service.

6. On January 25, 2008, this Court granted Plaintiff's Motion for Leave to file a First Amended Compliant and instructed that the Defendants shall file an Answer by February 4, 2008.

7. To date, the aforementioned Defendants Albert Smith, Corporate Management Services, Inc. and Alan R. Davis, have not filed an Answer to the Complaint or the First Amended Complaint in this matter and are currently in default. The Defendants LeMarcos Irving and Nina Irving filed an Answer to the Complaint, but have not filed an Answer to the First Amended Complaint by the Court ordered deadline of February 4, 2008, and are therefore in default.

**WHEREFORE**, Plaintiffs respectfully requests that this Court:

A. Enter an Order of Default as to Defendants Albert Smith, Corporate Management Services, Inc., Alan R. Davis LeMarcos Irving and Nina Irving; and,

B. Grant any and such further relief as this Court deems appropriate for this matter.

                                      COUNCIL, BARADEL,
                                      KOSMERL & NOLAN, P.A.

Date: March 20, 2008        By: */S/ MICHAEL N. RUSSO, JR.*
                                             Michael N. Russo, Jr.
                                             Michael S. Steadman, Jr.
                                             125 West Street, Fourth Floor
                                             P.O. Box 2289
                                             Annapolis, Maryland 21204-2289
                                             410-268-6600
                                             410-269-8409 (fax)
                                             *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2008, a copy of the foregoing Motion for Entry of Default was either electronically delivered or mailed First Class, Postage Prepaid, to:

Douglas Richard Taylor, Esq.
P.O. Box 4566
Rockville, MD 20850

Jan E. Simonson, Esq.
CARR MALONEY PC
1615 L St., N. W., Ste. 500
Washington, D.C. 20036

Larry E. Becker, Esq.
BECKER, KELLOGG & BERRY, P.C.
5501 Backlick Rd., Ste. 200
Springfield, VA 22151

Sean M. Hanifin, Esq.
ROSS, DIXON & BELL
2001 K Street, N. W.
Washington, D.C 20006

Matthew W. Carlson, Esq.
THOMPSON & O'DONNELL, LLP
1212 New York Ave., N.W., Ste. 1000
Washington, D.C. 20005

Michael Thomas Hamilton, Esquire
Michelle Marzullo, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
600 Baltimore Avenue
Suite 305
Towson, MD 21204

Mr. Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Ms. Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD 20640
Mr. Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD 20754

CORPORATE MANAGEMENT SERVICES, INC.
Resident Agent: Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

Mr. Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

/S/ MICHAEL N. RUSSO, JR.
Michael N. Russo, Jr.

4

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Indymac Bank, FSB

vs.

Lemarcos A. Irving, et al.

No. 1:07-CV-01678 RWR

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Complaint; Civil Cover Sheet; Certificate Rule LCvR 7.1; Consent to Proceed Before a United States Magistrate Judge For All Purposes; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 5:10 pm on September 24, 2007, I served Albert Smith at 4140 Ferry Landing Road, Dunkirk, Maryland 20754 by serving Alisa Smith, daughter, a person of suitable age and discretion who stated she resides therein with the defendant. Described herein:

```
    SEX-    FEMALE
    AGE-    16
 HEIGHT-    5'6"
   HAIR-    BLACK
 WEIGHT-    145
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 9/26/07
Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 194748


EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

INDYMAC BANK, F.S.B.

    Plaintiff

v.                                    CASE NO. 1:07-cv-01678

LEMARCOS A. IRVING
NINA Q. IRVING
SOUTHSHORE TITLE & ESCROW, INC.
TIMOTHY F. GEPPERT,
Individually and trading as GEPPERT REAL
ESTATE
FAIRFAX REALTY, INC.
    Defendants

****************************************************************

### AFFIDAVIT OF SERVICE BY PRIVATE PROCESS SERVER

I, the undersigned, hereby certify as follows:

1. That I am a competent private person over the age of eighteen years and am not a party to this action.

2. That I served process upon Kim Johnson, Office of Dept. Of Assessment at 301 W. Preston St., Suite 801, Baltimore, Md 21201 on Oct. 23, 200_ at 12:05 a.m./p.m. by delivering and leaving with the person served a **WRIT OF SUMMONS AND COMPLAINT** filed in the above captioned case.

Description of the Defendant / Person Served: Race _B_ Sex _F_ Height _5'6_ Weight _140_ Age _30's_

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct.

Respectfully submitted,

_Kathy Chopper_ (signature)
Signature
Printed Name: Kathy Chopper
Address: 40 Jamar Drive
City/State/Zip: Severna Park, Md 21146
Phone: 410-544-4546



U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Indymac Bank, FSB

vs.

Lemarcos A. Irving, et al.

No. 1:07-CV-01678 RWR

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons; Complaint; Civil Cover Sheet; Certificate Rule LCvR 7.1; Consent to Proceed Before a United States Magistrate Judge For All Purposes; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:35 am on November 3, 2007, I served Alan R. Davis at 7708 Rydal Terrace, Derwood, Maryland 20855 by serving Collins Owusu, housemate, a person of suitable age and discretion who stated he resides therein with the defendant. Described herein:

```
   SEX-    MALE
   AGE-    36
HEIGHT-    5'10"
  HAIR-    BLACK
WEIGHT-    170
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 11.5.07
             Date

FREDERICK PARSONS, JR.
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 194743


EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 |
| LEMARCOS A. IRVING, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF DEFAULT AS TO DEFENDANTS ALBERT SMITH, CORPORATE MANAGEMENT SERVICES, INC., ALAN R. DAVIS, LEMARCOS IRVING AND NINA IRVING**

Upon consideration of Plaintiff IndyMac Bank, F.S.B.'s Motion for Entry of Default against Defendants Albert Smith, Corporate Management Services, Inc., Alan R. Davis, LeMarcos Irving and Nina Irving, and any response thereto, having been read and considered, and this Court having determined that the Defendants have been served with a Summons and Complaint in the above entitled action and that the Defendants have not answered the Complaint and/or the First Amended Complaint within the time provided for doing so, it is hereby

**ORDERED** that a Default against the Defendants Albert Smith, Corporate Management Services, Inc., Alan R. Davis, LeMarcos Irving and Nina Irving be, and the same here by is, **ENTERED**.

_____
JUDGE, United States District Court
for the District of Columbia

Copies to:

Michael N. Russo, Jr.
Michael S. Steadman, Jr.
Council, Baradel, Kosmerl & Nolan, PA
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD  21404

Douglas Richard Taylor, Esq.
P.O. Box 4566
Rockville, MD  20850

Jan E. Simonson, Esq.
CARR MALONEY PC
1615 L St., N. W., Ste. 500
Washington, D.C.  20036

Larry E. Becker, Esq.
BECKER, KELLOGG & BERRY, P.C.
5501 Backlick Rd., Ste. 200
Springfield, VA  22151

Sean M. Hanifin, Esq.
ROSS, DIXON & BELL
2001 K Street, N. W.
Washington, D.C  20006

Matthew W. Carlson, Esq.
THOMPSON & O'DONNELL, LLP
1212 New York Ave., N.W., Ste. 1000
Washington, D.C.  20005

Michael Thomas Hamilton, Esquire
Michelle Marzullo, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
600 Baltimore Avenue, Suite 305
Towson, MD  21204

Mr. Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Ms. Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Mr. Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD  20754

CORPORATE MANAGEMENT SERVICES, INC.
Resident Agent:  Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

Mr. Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910