## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 (RWR) |
| LEMARCOS A. IRVING, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NON-MILITARY SERVICE

Jennifer A. Perry does hereby swear and affirm under the penalties of perjury that the following facts and allegations are true and correct and to the best of her knowledge, information and belief:

1. The I am over the age of 18 years and is competent to be a witness to the matters stated herein.

2. That this affidavit is made pursuant to the Service Members Civil Relief Act, formerly the Solders' and Sailors' Civil Relief Act of 1940, for the purpose of entry of judgment against Albert Smith.

3. Defendant Albert Smith is not currently serving in any branch of the United States Military Service. (See Affidavit Attached as Exhibit 1).

I DO SOLEMNLY DECLARE under the penalty of perjury and upon personal knowledge that the contents of this paper are true.

_3-20-08_
Date

_Jennifer A. Perry_
Jennifer A. Perry

STATE OF MARYLAND
COUNTY OF ANNE ARUNDEL, to wit:

    I HEREBY CERTIFY that on this \_\_20\_\_ day of \_\_March\_\_, 2008, before me, the subscriber, a Notary Public, in and for the State and County aforesaid, personally appeared Jennifer A. Perry, who acknowledged the execution of the foregoing document to be her free act and deed.

    AS WITNESS my hand and Notarial Seal.

                                                                                     _Daniel M. Thomas_
                                                                                        Notary Public

My Commission Expires: \_12/6/08\_



# Military Search ℠

## JUDGMENT DAY INFORMATION SERVICES, INC.
PHONE: (888) 524-7982        FAX (866) 847-2757
52 YONKERS TERRACE - SUITE 3E - YONKERS - NY 10704

## AFFIDAVIT IN SUPPORT OF SEARCH

1. I Melissa B. Forschner of Judgment Day Information Services, Inc. with offices located at 52 Yonkers Terrace, Yonkers, NY 10704, am over the age of 18 and do hereby attest that Judgment Day Information Services, Inc., conducted a diligent search of the DMDC Manpower Database to determine the current military or non-military status of the defendant. I have personal knowledge of all matters stated herein.

2. This affidavit is made pursuant to the Service Members Civil Relief Act (SCRA) [50 USCS Appx. §§ 501 et seq] formerly the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs 501et. seq, for the purpose of entry of judgment against ALBERT SMITH.

3. I provided the Department of Defense Manpower Data Center with the pertinent information about the defendant such as the defendants name ALBERT SMITH and Social Security Number, which I know because it was located through a diligent search of the individuals' name, street address and state of residence, which was provided to me by the plaintiff's attorney COUNCIL, BARADEL, KOSMERL & NOLAN, P.A and yielded a positive identity match. I then conducted a diligent search of the DMDC Manpower Database at the request of COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.

4. Based on the response I have received from the Department of Defense Manpower Data Center dated 3/19/2008 a copy of which is attached hereto and made a part hereof, I am convinced that the defendant is not in any branch of the United States military.

DATED: 3/19/2008

_____
Signature

_____
Printed Name

Sworn to before me this 19 day
Of March, 2008

_____
Notary Public

RANDY S. FORSCHNER
Notary Public, State of New York
No. 01FO6036033
Qualified in Westchester County
Commission Expires 01-10-2010

EXHIBIT 1