<u>**IN THE UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE DISTRICT OF COLUMBIA**</u>

INDYMAC BANK, F.S.B.            *

    Plaintiff            *

v.            *            Case No.: 1-07-cv 01678 (RWR)

LEMARCOS A. IRVING, et al.            *

    Defendants            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**PRAECIPE REGARDING AFFIDAVIT OF NON-MILITARY**</u>
<u>**SERVICE FOR DEFENDANT ALAN DAVIS**</u>

On March 20, 2008, Plaintiff filed a Motion for Entry of Default as to Defendants, Albert Smith, Corporate Management Services, Inc., Alan R. Davis, LeMarcos Irving and Nina Irving. Plaintiff filed an Affidavit of Non-Military Service for the aforementioned Defendants, except Alan Davis.

Plaintiff continues to investigate Defendant Davis to determine his status and cannot provide an Affidavit of Non-Military Service as this time. The Service Members Civil Relief Act, formerly the Solders' and Sailors' Civil Relief Act of 1940 does not require the Affidavit of Non-Military Service until the time that a Plaintiff moves for Entry of Default Judgment. At this time, Plaintiff has only moved for Entry of Default. Plaintiff will continue its investigation regarding whether Defendant Davis is in the military and, if appropriate, will provide an Affidavit of Non-Military Service prior to requesting an Entry of Default Judgment.

                                                      COUNCIL, BARADEL,
                                                      KOSMERL & NOLAN, P.A.

Date:  March 24, 2008        By:  /S/  MICHAEL N. RUSSO, JR._____
                                          Michael N. Russo, Jr.
                                          Michael S. Steadman, Jr.
                                          125 West Street, Fourth Floor
                                          P.O. Box 2289
                                          Annapolis, Maryland 21204-2289
                                          410-268-6600
                                          410-269-8409 (fax)
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 24th day of March, 2008, a copy of the foregoing was either electronically delivered or mailed First Class, Postage Prepaid, to:

Douglas Richard Taylor, Esq.
P.O. Box 4566
Rockville, MD  20850

Jan E. Simonson, Esq.
CARR MALONEY PC
1615 L St., N. W., Ste. 500
Washington, D.C.  20036

Larry E. Becker, Esq.
BECKER, KELLOGG & BERRY, P.C.
5501 Backlick Rd., Ste. 200
Springfield, VA  22151

Sean M. Hanifin, Esq.
ROSS, DIXON & BELL
2001 K Street, N. W.
Washington, D.C   20006

Matthew W. Carlson, Esq.
THOMPSON & O'DONNELL, LLP
1212 New York Ave., N.W., Ste. 1000
Washington, D.C.  20005

Michael Thomas Hamilton, Esquire
Michelle Marzullo, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
600 Baltimore Avenue
Suite 305
Towson, MD  21204

Mr. Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Ms. Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Mr. Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD  20754

CORPORATE MANAGEMENT SERVICES, INC.
Resident Agent:  Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

Mr. Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

/S/  MICHAEL N. RUSSO, JR._____
Michael N. Russo, Jr.