**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

INDYMAC BANK, F.S.B.                          *

       **Plaintiff**                          *

   **vs.**                          *    **Case No. : 1:07-cv-01678**
                         **Judge Richard W. Roberts**
                         *

**LEMARCOS A. IRVING,** *et. al.*
                         *

       **Defendants**                          *

*   *   *   *   *   *   *   *   *   *   *   *

**O R D E R**

Upon consideration of the Motion for Substitution of Parties filed herein, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

     ORDERED, that the Motion for Substitution of Parties be, and hereby is, GRANTED; and it is further

     ORDERED, that the Estate of Timothy F. Geppert, deceased, be, and hereby is, substituted for defendant Timothy F. Geppert, individually, and Timothy F. Geppert, trading as Geppert Real Estate, as a party defendant in the above captioned matter, subject to further order of this Court.

                                  _____

                                  Judge Richard W Roberts