IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **INDYMAC BANK, F.S.B.** | * | |
| **Plaintiff** | * | |
| vs. | * | Case No. : 1:07-cv-01678 |
| | | Judge Richard W. Roberts |
| | * | |
| **LEMARCOS A. IRVING,** *et. al.* | | |
| | * | |
| **Defendants** | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**MOTION FOR SUBSTITUTION OF PARTIES**</u>

     Defendant Timothy F. Geppert, individually and trading as Geppert Real Estate (herein referred to as "Geppert"), by his attorney, Douglas R. Taylor, respectfully moves this Honorable Court as follows:

     1.   A Suggestion of Death of Defendant Timothy F. Geppert has been filed pursuant to F. R. C. P. Rule 25(a).

     2.   That an estate has been opened for Timothy F. Geppert, deceased, in the Frederick County, Maryland Circuit Court.  That Letters of Administration have been issued to Mary Ann Geppert, Timothy F. Geppert's widow, in Estate No. 31429 by the Register of Wills for Frederick County, Maryland.

     3.   That the Estate of Timothy F. Geppert, deceased, is the proper party to be substituted for Timothy F. Geppert, individually, and Timothy F. Geppert, trading as Geppert Real Estate.

     WHEREFORE, the Estate of Timothy F. Geppert, deceased, by Mary Ann Geppert, Personal Representative, moves that the Estate be substituted as a party defendant for Timothy F. Geppert, individually, and for Timothy F. Geppert, trading as Geppert Real Estate.

        Respectfully submitted,

/s/_____
Douglas R. Taylor
Bar No. 074054
10400 Connecticut Avenue, Ste. #513
Kensington, Maryland 20895
(301) 949-2230
Drtaylor309@aol.com

## POINTS AND AUTHORITIES

1. As stated above.

2. F. R. C. P. 25 (a)