<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on this 4th day of April, 2008, a copy of the foregoing Suggestion of Death and Motion for Substitution of Parties was electronically filed and/or sent by First Class U.S. Mail, postage prepaid, to the following:

    Michael N. Russo, Esquire
    Council, Baradel, Kosmerl & Nolan, P.A.
    125 West Street, 4th floor
    P. O. Box 2289
    Annapolis, Maryland  21404
    Attorneys for Plaintiff

    LeMarcos A. Irving
    5755 Oak forest Court
    Indian Head, Maryland 20640

    Nina Q. Irving
    5755 Oak Forest Court
    Indian Head, Maryland 20640

    Albert Smith
    4140 Ferry Landing Road
    Dunkirk, Maryland  20754

    Corporate Management Services, Inc.
    Resident Agent:  Alan R. Davis
    1400 Spring Street, Ste. 415
    Silver Spring, Maryland  20910

    Jan E. Simonsen, Esquire
    Larry E. Becker, Esquire
    Carr Mahoney, P.C.
    1615 L Street, N.W.
    Suite 500
    Washington, D. C.  20036
    Attorney for William C. Harvey & Associates, Inc.

    Michael T. Hamilton, Esquire
    Marks, O'Neill, O'Brien & Courtney, P.C.
    913 North Market Street, Suite 800
    Wilmington, Delaware 19801
    Attorneys for Legacy Financial Corporation

Michael T. Hamilton, Esquire
Marks, O'Neill, O'Brien & Courtney
600 Baltimore Avenue, #305
Towson, Maryland 21204
Attorneys for Samuel Adebayo

Matthew W. Carlson, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, D. C. 20005
Attorney for Fairfax Realty, inc.

Sean Michael Hanifin
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D. C. 20006-2688
Attorney for Southshore Title & Escrow, Inc.

/s/_____
Douglas R. Taylor