UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDYMAC BANK, F.S.B. : | |
|     Plaintiff : | |
| v. : | Civil Action No.:1-07-CV-1678<br>Judge Richard W. Roberts |
| LEMARCOS A. IRVING, et al : | |
|     Defendants : | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to D.D.C. LCvR 83.2(d), the undersigned counsel hereby moves the admission *pro hac vice* of Michelle J. Marzullo to represent Legacy Financial Corporation and Samuel Adebayo. in the above-captioned matter.

                                                          Respectfully submitted,
                                                          MARKS, O'NEILL, O'BRIEN &
                                                          COURTNEY, P.C.

                                                          /s/ Michael T. Hamilton
                                                          Michael T. Hamilton / D.C. Bar No. 474233
                                                          600 Baltimore Avenue #305
                                                          Towson, Maryland  21204
                                                          (410) 339-6880

                                                          *Attorney for Defendants*
                                                          *Legacy Financial Corporation and*
                                                          *Samuel Adebayo*

Dated: April 11, 2008

## **CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to D.D.C. LCvR 83.2(d), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and the Bar of the United States District Court for the District of Maryland (Bar Number 26562). I certify I have not been disciplined by any bar. I certify I have not been admitted *pro hac vice* in this Court within the last two years. I certify I do not practice law from an office located in the District of Columbia. I certify I am not a member of the District of Columbia Bar nor do I have an application for membership pending. I also certify I am generally familiar with this Court's Local Rules.

       */s/ Michelle J. Marzullo*
Michelle Jacquelyn Marzullo
Marks, O'Neill, O'Brien &
Courtney, P.C.
600 Baltimore Avenue #305
Towson, Maryland 21204
(410) 339-6880

Motion Granted.                                  BY THE COURT:

_____

{MD006899.1}

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 11th day of April 2008, a copy of the Foregoing Motion for Admission *Pro Hac Vice* and Certification of Counsel to be Admitted *Pro Hac Vice* and proposed order was filed electronically or sent by First Class U.S. Mail, postage pre-paid, to the following:

Michael N. Russo, Jr., Esquire
Michael S. Steadman, Jr., Esquire
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21404
Attorneys for Plaintiff

LeMarcos A. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Sean Michael Hanifin, Esquire
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington, DC 20006-2688
Attorney for Southshore Title & Escrow, Inc.

Michael Kenneth, Esquire
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington, DC 20006-2688
Attorney for Southshore Title & Escrow, Inc.

Douglas Richard Taylor, Esquire
10400 Connecticut Avenue, Suite 513
Kensington, MD 20895
Attorney for Timothy F. Geppert

Albert Smith
4140 Ferry Landing Road
Dunkirk, MD 20754

{MD006899.1}

Corporate Management Services, Inc.
Resident Agent: Alan R. Davis
1400 Spring St. Ste. 415
Silver Spring, MD 20910

Jan E. Simonsen, Esquire
Carr Maloney, P.C.
1615 L. Street, N.W.
Suite 500
Washington, D.C. 20036
Attorney for William C. Harvey & Associates, Inc.

Larry E. Becker, Esquire
Carr Maloney, P.C.
5501 Backlick Road, Suite 200
Springfield, VA 22151
Attorney for William C. Harvey & Associates, Inc.

Matthew W. Carlson, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
Attorney for Fairfax Realty, Inc.

　　　　　　　　　　　　　　　　　　　　/s/ Michael T. Hamilton
　　　　　　　　　　　　　　　　　　　　Michael T. Hamilton

{MD006899.1}