UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INDYMAC BANK, F.S.B.         :
                             :
    PLAINTIFF                :
                             :
v.                           :  CIVIL ACTION NO.:1-07-cv-01678(RWR)
                             :
LEMARCOS A. IRVING, et al.   :
                             :
    DEFENDANTS               :

**ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

    Defendant, William C. Harvey & Associates, Inc., by its counsel, CARR MALONEY P.C., and in answer to the Plaintiff's Second Amended Complaint states as follows:

Parties

    1.    William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1 of the Second Amended Complaint and therefore denies the allegations.

    2.    William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2 of the Second Amended Complaint and therefore denies the allegations.

    3.    William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 of the Second Amended Complaint and therefore denies the allegations.

    4.    William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 4 of the Second Amended Complaint and therefore denies the allegations.

    5.    William C. Harvey & Associates, Inc. lacks the knowledge and information

sufficient to form a belief as to the truth of the allegations set forth in Paragraph 5 of the Second Amended Complaint and therefore denies the allegations.

    6.    William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Second Amended Complaint and therefore denies the allegations.

    6.1.    William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6.1 of the Second Amended Complaint and therefore denies the allegations.

    7.    William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 of the Second Amended Complaint and therefore denies the allegations.

    8.    William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of the Second Amended Complaint and therefore denies the allegations.

    9.    William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 9 of the Second Amended Complaint and therefore denies the allegations.

    10.    William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10 of the Second Amended Complaint and therefore denies the allegations.

    10.1.    Upon information and belief, Paragraph 10.1 of the Second Amended Complaint is admitted.

Jurisdiction and Venue

11. The allegation in Paragraph 11 of the Second Amended Complaint is a legal allegation to which no response is required. To the extent a response is required, denied.

12. The allegation in Paragraph 12 of the Second Amended Complaint is a legal allegation to which no response is required. To the extent a response is required, denied.

Facts Common To All Counts

13. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 13 of the Second Amended Complaint and therefore denies the allegations.

14. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14 of the Second Amended Complaint and therefore denies the allegations.

15. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 15 of the Second Amended Complaint and therefore denies the allegations.

16. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 16 of the Second Amended Complaint and therefore denies the allegations.

17. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 of the Second Amended Complaint and therefore denies the allegations.

18. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 of the Second

Amended Complaint and therefore denies the allegations.

19. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19 of the Second Amended Complaint and therefore denies the allegations.

20. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 of the Second Amended Complaint and therefore denies the allegations.

21. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21 of the Second Amended Complaint and therefore denies the allegations.

22. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 of the Second Amended Complaint and therefore denies the allegations.

23. Paragraph 23 of the Second Amended Complaint is denied.

24. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 24 of the Second Amended Complaint and therefore denies the allegations.

25. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 25 of the Second Amended Complaint and therefore denies the allegations.

26. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 26 of the Second Amended Complaint and therefore denies the allegations.

27. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 27 of the Second Amended Complaint and therefore denies the allegations.

28. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 28 of the Second Amended Complaint and therefore denies the allegations.

29. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 of the Second Amended Complaint and therefore denies the allegations.

30. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 30 of the Second Amended Complaint and therefore denies the allegations.

31. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 31 of the Second Amended Complaint and therefore denies the allegations.

32. Paragraph 32 of the Second Amended Complaint is denied.

33. Insofar as Paragraph 33 of the Second Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 33 of the Second Amended Complaint and therefore denies the allegations.

34. Insofar as Paragraph 34 of the Second Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey &

Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 34 of the Second Amended Complaint and therefore denies the allegations.

35. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 35 of the Second Amended Complaint and therefore denies the allegations.

36. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 36 of the Second Amended Complaint and therefore denies the allegations.

Count 1 – Negligence (Southshore Title)

37. William C. Harvey & Associates, Inc. restates and incorporates its responses as set forth above.

38. The allegations set forth in Paragraph 38 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

39. The allegations set forth in Paragraphs 39 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

40. The allegations set forth in Paragraphs 40 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

41. The allegations set forth in Paragraphs 41 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

Count 2 – Negligence (William C. Harvey & Associates, Inc)

42. Defendant restates and incorporates its responses to Paragraphs 1 through 41 as set forth above.

43. Paragraph 43 of the Second Amended Complaint is denied.

44. Paragraph 44 of the Second Amended Complaint is admitted.

45. Paragraph 45 of the Second Amended Complaint is denied.

46. Paragraph 46 of the Second Amended Complaint is denied.

WHEREFORE, the defendant, William C. Harvey & Associates, Inc., respectfully requests that Count 2 of the Second Amended Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

### Count 3 – Breach of Contract (Legacy)

47. Defendant restates and incorporates its responses to Paragraphs 1 through 46 as set forth above.

48. The allegations set forth in Paragraphs 48 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

49. The allegations set forth in Paragraphs 49 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

50. The allegations set forth in Paragraphs 50 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

51. The allegations set forth in Paragraphs 51 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

### Count 4 – Negligence (Legacy and Adebayo)

52. Defendant restates and incorporates its responses to Paragraphs 1 through 51 as set forth above.

53. The allegations set forth in Paragraphs 53 of the Second Amended Complaint are not

made against William C. Harvey & Associates, Inc.; therefore, no response is required.

54. The allegations set forth in Paragraphs 54 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

55. The allegations set forth in Paragraphs 55 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

56. The allegations set forth in Paragraphs 56 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

57. The allegations set forth in Paragraphs 57 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

Count 5 – Specific Performance (Legacy)

58. Defendant restates and incorporates its responses to Paragraphs 1 through 57 as set forth above.

59. The allegations set forth in Paragraphs 59 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

60. The allegations set forth in Paragraphs 60 of the Second Amended Complaint are not made against William C. Harvey & Associates, Inc.; therefore, no response is required.

Count 6 – Fraud (All Defendants)

61. Defendant restates and incorporates its responses to Paragraphs 1 through 60 as set forth above.

62. Insofar as Paragraph 62 of the Second Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 62 of the Second Amended Complaint and therefore

denies the allegations.

63. Insofar as Paragraph 63 of the Second Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 63 of the Second Amended Complaint and therefore denies the allegations.

64. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 64 of the Second Amended Complaint and therefore denies the allegations.

65. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 65 of the Second Amended Complaint and therefore denies the allegations.

66. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 66 of the Second Amended Complaint and therefore denies the allegations.

67. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 67 of the Second Amended Complaint and therefore denies the allegations.

67.1. Paragraph 67.1 of the Second Amended Complaint is denied.

67.2. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 67.2 of the Second Amended Complaint and therefore denies the allegations.

68. Insofar as Paragraph 68 of the Second Amended Complaint relates to defendant

William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 68 of the Second Amended Complaint and therefore denies the allegations.

69. Insofar as Paragraph 69 of the Second Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 69 of the Second Amended Complaint and therefore denies the allegations.

WHEREFORE, the defendant, William C. Harvey & Associates, Inc., respectfully requests that Count 6 of the Second Amended Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

Count 7 – Civil Conspiracy (All Defendants)

70. Defendant restates and incorporates its responses to Paragraphs 1 through 69 as set forth above.

71. Insofar as Paragraph 71 of the Second Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 71 of the Second Amended Complaint and therefore denies the allegations.

72. Insofar as Paragraph 72 of the Second Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey &

Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 72 of the Second Amended Complaint and therefore denies the allegations.

73.     William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 73 of the Second Amended Complaint and therefore denies the allegations.

74.     Insofar as Paragraph 74 of the Second Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 74 of the Second Amended Complaint and therefore denies the allegations.

75.     Insofar as Paragraph 75 of the Second Amended Complaint relates to defendant William C. Harvey & Associates, Inc., defendant denies those allegations. William C. Harvey & Associates, Inc. lacks the knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 75 of the Second Amended Complaint and therefore denies the allegations.

WHEREFORE, the defendant, William C. Harvey & Associates, Inc., respectfully requests that Count 7 of the Second Amended Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

<u>FIRST DEFENSE</u>

The Second Amended Complaint fails to state a claim against this defendant upon which relief may be granted.

## SECOND DEFENSE

Defendant avers that any injuries, losses, and damages claimed by the plaintiff herein were the result of the plaintiff's sole and/or contributory negligence.

## THIRD DEFENSE

Defendant avers that the claims alleged in plaintiff's Second Amended Complaint are barred by the plaintiff's assumption of the risk.

## FORTH DEFENSE

Defendant avers that the claims alleged in plaintiff's Second Amended Complaint are barred due to the negligence and/or affirmative conduct of others for whom in law this defendant is not responsible.

## FIFTH DEFENSE

Defendant will rely upon all defenses lawfully available to it including, but not limited to, those already asserted herein.

## SIXTH DEFENSE

That at all times applicable hereto the defendant complied with the standard of care of reasonably competent practitioners acting in the same or similar circumstances.

## SEVENTH DEFENSE

Plaintiff's claims are barred by the doctrine of laches.

EIGHTH DEFENSE

Plaintiff's claims against William C. Harvey & Associates, Inc. are asserted without substantial justification and bad faith for which appropriate sanctions should be imposed.

WHEREFORE, the defendant, William C. Harvey & Associates, Inc., respectfully requests that the Second Amended Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

Respectfully submitted,

CARR MALONEY P.C.

By _____
Jan E. Simonsen, #417928
1615 L Street, N.W.
Suite 500
Washington, D.C. 20006
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer of Defendants to Plaintiff's Second Amended Complaint was sent electronically on this 15th day of April, 2008, to:

Michael N. Russo, Jr.
Michael S. Steadman, Jr.
125 West Street
4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289

Larry E. Becker, Esq.
5501 Backlick Road, Suite 220
Springfield, Virginia 22151

Matthew W. Carlson, Esq.
Thompson O'Donnell, LLP
1212 New York Ave., N.W.
Suite 1000
Washington, D.C. 20005

Douglas R. Taylor
10400 Connecticut Ave.,
Ste. 513
Kensington, MD 20895-3944
Attorney for Timothy F. Geppert

Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Sean Michael Hanifin
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, DC 20006-2688

Michael T. Hamilton
Marks, O'Neill, O'Brien & Courtney, P.C.
600 Baltimore Avenue
Suite #305
Towson, MD 21204

Corporate Management Services, Inc.
Resident Agent: Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

Albert Smith
4140 Ferry Landing Road
Dunkirk, MD 20754

*/s/ Jan Simonsen*

_____
Jan E. Simonsen