UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

INDYMAC BANK, F.S.B.          :
   *Plaintiff*,               :
                              :   Case No. 1:07-cv-01678 RWR
v.                             :   Case Assigned to Judge Richard W. Roberts
                              :   Next Event:
LEMARCOS A. IRVING., et al.,   :
   *Defendants*.              :

### ANSWER OF DEFENDANT
### FAIRFAX REALTY, INC. TO THE SECOND AMENDED COMPLAINT

COMES NOW, defendant Fairfax Realty, Inc., by and through counsel, THOMPSON O'DONNELL, LLP, and for its Answer to the Second Amended Complaint states as follows:

#### FIRST DEFENSE

The Second Amended Complaint and each claim therein fails to state a cause of action or a claim upon which relief may be granted against this defendant.

#### SECOND DEFENSE

Responding to the specific allegations in the Second Amended Complaint against it, defendant states as follows:

**Parties**

1-4. Defendant lacks sufficient information at this time upon which to base a response to the allegations in these paragraphs, and to the extent a response is required, denied.

5. Defendant denies that Albert Smith was an employee or agent of Fairfax Realty, Inc. at any time relevant to the events described in the Amended Complaint. Defendant lacks sufficient information at this time upon which to base a response to the remaining allegations in these paragraphs, and to the extent a response is required, denied.

6. Admitted.

6.1.-10.1.   Defendant lacks sufficient information at this time upon which to base a response to the allegations in these paragraphs, and to the extent a response is required, denied.

### Jurisdiction and Venue

11-12.  These are legal allegations to which no response is required. To the extent a response is required, denied.

### Facts Common to All Counts

13-33.  Defendant lacks sufficient information and knowledge at this time upon which to base a response to the allegations in these paragraphs, and to the extent a response is required, denied.

34.   Denied as to this defendant.

35-36.  Defendant lacks sufficient information and knowledge at this time upon which to base a response to the allegations in these paragraphs, and to the extent a response is required, denied.

### Count 1 - Negligence (Southshore Title)

37.   Defendant restates and incorporates its responses to paragraphs 1 through 36 as if fully set forth herein.

38-41.  These allegations are not made against this defendant, therefore, no response is required.

### Count 2 - Negligence (Harvey & Associates)

42.   Defendant restates and incorporates its responses to paragraphs 1 through 41 as if fully set forth herein.

43-46.  These allegations are not made against this defendant, therefore, no response is required.

### Count 3 - Breach of Contract (Legacy)

47.     Defendant restates and incorporates its responses to paragraphs 1 through 46 as if fully set forth herein.

48-51.  These allegations are not made against this defendant, therefore, no response is required.

### Count 4 - Negligence (Legacy and Adebayo)

52.     Defendant restates and incorporates its responses to paragraphs 1 through 51 as if fully set forth herein.

53-57.  These allegations are not made against this defendant, therefore, no response is required.

### Count 5 – Specific Performance (Legacy)

58.     Defendant restates and incorporates its responses to paragraphs 1 through 57 as if fully set forth herein.

59-60.  These allegations are not made against this defendant, therefore, no response is required.

### Count 6 - Fraud (All Defendants)

61.     Defendant restates and incorporates its responses to paragraphs 1 through 60 as if fully set forth herein.

62-63.  Denied as to this defendant.

64-67.1. Defendant lacks sufficient information and knowledge at this time upon which to base a response to the allegations in these paragraphs, and to the extent a response is required, denied.

67.2.   Denied that Smith was an agent of Fairfax Realty.

68-69.   Denied as to this defendant.

### Count 7 – Civil Conspiracy (All Defendants)

70.   Defendant restates and incorporates its responses to paragraphs 1 through 69 as if fully set forth herein.

71-75.   Denied as to this defendant.

### THIRD DEFENSE

All or parts of plaintiff's claims are barred by the applicable statute of limitations.

### FOURTH DEFENSE

Pleading hypothetically at this time, plaintiff's injuries and/or damages, if any, were the result of its own sole or contributory negligence, assumption of the risk and/or failure to mitigate damages.

### FIFTH DEFENSE

Pleading hypothetically at this time, plaintiff's claims are barred by the doctrines of waiver and/or release and/or estoppel and/or laches and/or unclean hands.

### SIXTH DEFENSE

Pleading hypothetically at this time, plaintiff's injuries and/or damages, if any, were the result of the acts or omissions of others over whom this defendant had no control or right of control.

### SEVENTH DEFENSE

Defendant reserves the right to rely on any additional defenses which become apparent through further investigation or discovery.

WHEREFORE, defendant Fairfax Realty, Inc., prays that the Second Amended Complaint be dismissed as to it, with costs and attorneys' fees assessed against plaintiff.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

 //s// Matthew W. Carlson //s//
Matthew W. Carlson
D.C. Bar No. 448905

//s// Michael L. Pivor //s//
Michael L. Pivor
D.C. Bar No. 500911
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C.  20005
Phone: (202) 289-1133
Fax: (202) 289-0275
Email: mwc@tomnh.com
         mlp@tomnh.com
*Counsel for Fairfax Realty, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing **Answer of Defendant Fairfax Realty, Inc. to the Second Amended Complaint** was filed electronically and sent via electronic delivery or first class mail, postage prepaid this 21st day of April, 2008, to the following parties or counsel of record:

Michael N. Russo, Jr.
Michael S. Steadman, Jr.
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD  21404-2289
*Counsel for Plaintiff*

Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Sean Michael Hanifin
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-2688
*Counsel for Southshore Title & Escrow, Inc.*

Douglas Richard Taylor, Esq.
10400 Connecticut Ave., Ste #513
Kensington, MD 20895
*Counsel for Timothy F. Geppert*

Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD 20754

Michael Thomas Hamilton, Esq.
MARKS O'NEILL O'BRIEN & COURTNEY, P.C.
1800 John F. Kennedy Boulevard
Suite 1900
Philadelphia, PA 19103
*Counsel for Legacy Financial Corporation*
*And Samuel Adebayo*

Corporate Management Services, Inc.
1400 Spring St., Ste. 415
Silver Spring, MD 20910
Serve On: Resident Agent
    Alan R. Davis
    1400 Spring St., Ste. 415
    Silver Spring, MD 20910

Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

Jan E. Simonsen, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
*Counsel for William C. Harvey & Associates, Inc.*

Larry E. Becker, Esq.
CARR MALONEY, P.C.
5501 Backlick Road, Suite 220

6

Springfield, VA 22151
*Counsel for William C. Harvey & Associates, Inc.*

JUBILEE REALTY AND ASSOCIATES, L.L.C.
4140 Ferry Landing Road
Dunkirk, MD 20754
Serve On: Resident Agent
    Albert Smith
    4140 Ferry Landing Road
    Dunkirk, MD 20754

                                          <u>//s// Matthew W. Carlson //s//</u>
                                          Matthew W. Carlson