<u>IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA</u>

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 |
| LEMARCOS A. IRVING, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT LOCAL RULE 16.3 STATUS REPORT

The parties, by and through counsel, hereby file this Joint Local Rule 16.3 Status Report, and in support thereof, state as follows[1]:

1. **Dispositive Motions**

The parties agree that the case could potentially be resolved via dispositive motions. However, the parties agree that any filing of a dispositive motion will be made after the close of discovery.

2. **Joinder of Parties/Amendment of Pleadings**

The parties agree that, should the need arise, any additional parties may be joined and/or pleadings may be amended at any time until July 1, 2008.

3. **Assignment to Magistrate**

The parties agree to delay a final decision as to whether this case should be referred to a Magistrate until the time for Defendant Jubilee Realty and Associates, LLC to file an Answer has concluded. At such time, the Parties will confer again and submit

---

[1] Defendants Lemarcos and Nina Irving are *pro se* defendants and were provided with a copy of this Joint Local Rule 16.3 Status Report and given an opportunity to make any comments. No comments were received by Plaintiff's counsel.

1

an Amended Joint Local Rule 16.3 Status Report, indicating whether all parties will consent to refer this case to a Magistrate.

**4.     Possibility of Settlement**

The parties believe there is not a realistic possibility of settlement at this juncture of the case; however, the parties agree that the matter may be appropriate for settlement at the close of discovery.

**5.     Alternative Dispute Resolution**

The parties agree that the case would benefit from the court's alternative dispute resolution procedures, specifically through the use of non-binding mediation. The parties believe that mediation should take place between March 15, 2009 and ending April 15, 2009.

**6.     Motions for Summary Judgment**

The parties agree that the case could potentially be resolved by summary judgment. The parties propose that dispositive motions be filed within one month after the close of discovery; that is, by December 1, 2008. The parties propose that any opposition to those motions be filed by January 2, 2009. The parties further propose that any replies to any opposition be filed by January 17, 2009. Finally, the parties propose that the Court should issue it's decision on any dispositive motions by March 1, 2009.

**7.     Initial Rule 26(a)(1) Disclosures**

The parties agree to dispense with the initial disclosures under Rule 26(a)(1).

**8.     Discovery**

The parties agree that discovery may begin with the filing of this Status Report. The parties also agree that discovery is to close on November 1, 2008.

9. **Expert Witness Information/Report**

The parties agree that the requirement of exchange of expert witness reports and information should not be modified, and that proponents shall designate its experts by June 1, 2008 and opponents shall respond to proponents' expert designations within 45 days of proponents' designations.

10. **Class Action**

Not applicable.

11. **Bifurcation of Trial**

The parties believe that facts gleaned in discovery may reveal that trial could be bifurcated, but that this issue is best left for resolution at the pre-trial conference.

12. **Pretrial Conference Date**

The parties agree that the Court should set a pretrial conference date on or after May 1, 2009.

13. **Trial Date**

The parties agree that it is prudent to set a date certain for trial in this matter due to the fact that there are so many attorneys in this case. To provide certainty for all concerned, the parties believe that the Court should schedule a date certain for the trial that factors in all aspects of this scheduling plan. Therefore, the parties propose that the Court schedule a trial date 60 days after the pretrial conference, on or after July 1, 2009.

Respectfully submitted,

/s/ Michael N. Russo, Jr.
Michael N. Russo, Jr., Esquire
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, Fourth Floor
Post Office Box 2289
Annapolis, MD 21404-2289
Phone: (410) 268-6600
Fax: (410) 269-8409 (fax)
russo@cbknlaw.com

*Attorney for Plaintiff IndyMac Bank, F.S.B.*


/s/ Sean Michael Hanifin
Sean Michael Hanifin, Esquire
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-2688
Phone: (202) 662-2026
Fax: (202) 662-2190
shanifin@rdblaw.com

*Attorney for Defendant Southshore Title & Escrow, Inc.*


/s/ Douglas Richard Taylor
Douglas Richard Taylor, Esquire
P.O. Box 4566
Rockville, MD 20850
Phone: (301) 565-0209
Fax: (410) 466-9442
drtaylor309@aol.com

*Attorney for Defendant Timothy F. Geppert, Individually and trading as Geppert Real Estate, an unincorporated entity trading as Geppert Real Estate.*

*/s/ Matthew Wesley Carlson*
Matthew Wesley Carlson, Esquire
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005-3987
Phone: (202) 289-1133
Fax: (202) 289-0275
mwc@tomnh.com

*Attorney for Defendant Fairfax Realty, Inc.*


*/s/ Michelle J. Marzullo*
Michael Thomas Hamilton, Esquire
Michelle J. Marzullo, Esquire
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
600 Baltimore Avenue – Suite 305
Towson, MD  21204
Phone: (410-339-6880)
mhamilton@mooclaw.com

*Attorneys for Defendants Legacy Financial Corporation and Samuel Adebayo*


*/s/ Jan E. Simonson*
Jan E. Simonson, Esquire
CARR MALONEY, P.C.
1615 L Street, NW
Suite 500
Washington, DC 20036
Phone: (202) 310-5522
Fax: (202) 310-5555
jes@carrmaloney.com

*Attorney for Defendant William C. Harvey & Associates, Inc.*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 |
| LEMARCOS A. IRVING, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

# ORDER REGARDING JOINT LOCAL RULE 16.3 STATUS REPORT

Upon consideration of the Joint Local Rule 16.3 Report, it is ORDERED that the parties shall comply with the following Scheduling Order.

| | |
|---|---|
| Commencement of Discovery | Upon filing of the Status Report |
| Joining of Parties/Amendment of Pleadings | July 1, 2008 |
| Filing of 26(a)(2) Report and Information | Plaintiff: June 1, 2008<br>Defendant: July 15, 2008 |
| Completion of all Discovery | November 1, 2008 |
| Filing of Dispositive Motions | December 1, 2008 |
| Responses to Dispositive Motions | January 2, 2009 |
| Alternative Dispute Resolution | March 15, 2009 – April 15, 2009 |
| Pre-Trial Conference | On or after May 1, 2009 |
| Trial | After July 1, 2009 |

_____
Judge, United States District Court for the
District of Columbia

Copies to:

Michael N. Russo, Jr., Esquire
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, Fourth Floor
Post Office Box 2289
Annapolis, MD 21404-2289
Phone: (410) 268-6600
Fax: (410) 269-8409 (fax)
russo@cbknlaw.com
*Attorney for Plaintiff IndyMac Bank, F.S.B.*


Sean Michael Hanifin, Esquire
Michael Kenneth, Esquire
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-2688
Phone: (202) 662-2026
Fax: (202) 662-2190
shanifin@rdblaw.com
*Attorney for Defendant Southshore Title & Escrow, Inc.*


Douglas Richard Taylor, Esquire
P.O. Box 4566
Rockville, MD 20850
Phone: (301) 565-0209
Fax: (410) 466-9442
drtaylor309@aol.com
*Attorney for Defendant Timothy F. Geppert, Individually and trading as Geppert Real Estate, an unincorporated entity trading as Geppert Real Estate.*


Matthew Wesley Carlson, Esquire
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005-3987
Phone: (202) 289-1133
Fax: (202) 289-0275
mwc@tomnh.com
*Attorney for Defendant Fairfax Realty, Inc.*

Michael Thomas Hamilton, Esquire
Michelle J. Marzullo, Esquire
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
600 Baltimore Avenue – Suite 305
Towson, MD 21204
Phone: (410-339-6880)
mhamilton@mooclaw.com
*Attorneys for Defendants Legacy Financial Corporation and Samuel Adebayo*

Jan E. Simonson, Esquire
CARR MALONEY, P.C.
1615 L Street, NW
Suite 500
Washington, DC 20036
Phone: (202) 310-5522
Fax: (202) 310-5555
jes@carrmaloney.com
*Attorney for Defendant William C. Harvey & Associates, Inc.*

Mr. and Mrs. Lemarcos Irving
5755 Oak Forest Court
Indian Head, Maryland 20640
*Defendants, Pro Se*