UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | : | |
| | : | |
| PLAINTIFF | : | |
| | : | |
| v. | : | CIVIL ACTION NO.:1-07-cv-01678(RWR) |
| | : | |
| LEMARCOS A. IRVING, et al. | : | |
| | : | |
| DEFENDANTS | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Elizabeth A. Francis as co-counsel for Defendant William C. Harvey & Associates, Inc. in the above-captioned case.

    Respectfully submitted,

    CARR MALONEY P.C.


    //S// Elizabeth A. Francis
    Jan E. Simonsen, (#417928)
    Elizabeth A. Francis (# 473336)
    1615 L Street, N.W.
    Suite 500
    Washington, D.C.  20006
    (202) 310-5500 (telephone)
    (202) 310-5555 (facsimile)

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was sent electronically on this 7<u>th</u> day of <u>May</u>, 2008, to:

    Michael N. Russo, Jr.
    Michael S. Steadman, Jr.
    125 West Street
    4th Floor
    P.O. Box 2289
    Annapolis, MD 21404-2289

    Larry E. Becker, Esq.
    5501 Backlick Road, Suite 220
    Springfield, Virginia 22151

    Matthew W. Carlson, Esq.
    Thompson O'Donnell, LLP
    1212 New York Ave., N.W.
    Suite 1000
    Washington, D.C. 20005

    Douglas R. Taylor
    10400 Connecticut Ave.,
    Ste. 513
    Kensington, MD  20895-3944
    Attorney for Timothy F. Geppert

    Lemarcos A. Irving
    5755 Oak Forest Court
    Indian Head, MD  20640

    Nina Q. Irving
    5755 Oak Forest Court
    Indian Head, MD  20640

    Sean Michael Hanifin
    Ross, Dixon & Bell, LLP
    2001 K Street, N.W.
    Washington, DC  20006-2688

Michael T. Hamilton
Marks, O'Neill, O'Brien & Courtney, P.C.
600 Baltimore Avenue
Suite #305
Towson, MD  21204

Corporate Management Services, Inc.
Resident Agent: Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

Albert Smith
4140 Ferry Landing Road
Dunkirk, MD  20754

          //S// Elizabeth A. Francis_____
          Elizabeth A. Francis