UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**INDYMAC BANK, F.S.B.**,      )
                              )
    **Plaintiff**,          )
                              )
    v.                     )   Civil Action No. 07-1678 (RWR)
                              )
**LEMARCOS IRVING** et al.,    )
                              )
    **Defendants.**         )
_____ )

### ORDER TO SHOW CAUSE

The defendants Albert Smith, Alan Davis, LeMarcos Irving, Nina Irving, Jubilee Realty & Associates, L.L.C., and Corporate Management Services, Inc. did not answer the second amended complaint by the May 9, 2008 deadline, and plaintiff has failed to seek entry of default or move for default judgment. Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by June 2, 2008 why these defendants should not be dismissed for want of prosecution. If appropriate, plaintiff may satisfy this order by securing entry of default, and filing and serving on defendants a motion for default judgment with a proposed final default judgment.

SIGNED this 22nd day of May, 2008.

                                      _____/s/_____
                                      RICHARD W. ROBERTS
                                      United States District Judge