**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
|    Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 |
| LEMARCOS A. IRVING, et al. | * | |
|    Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

COMES NOW, Plaintiff, IndyMac Bank, F.S.B., by and through its attorneys, Council, Baradel, Kosmerl and Nolan, P.A., Michael N. Russo, Jr. and Michael S. Steadman, Jr., and replies to this Court's Order to Show Cause issued on May 22, 2008, and filed on May 22, 2008, and in support thereof states the following:

1. On May 22, 2008, this Court issued an Order to Show Cause in writing by June 2, 2008, as to why Defendants Albert Smith, Alan Davis, LeMarcos A. Irving, Nina Irving, Jubilee Realty & Associates, LLC, and Corporate Management Services, Inc. should not be dismissed for want of prosecution.

2. Defendants Albert Smith, Alan Davis, Jubilee Realty & Associates, LLC, and Corporate Management Services, Inc., have not filed an Answer to the Second Amended Complaint by the May 9, 2008 deadline. These same Defendants have not filed an Answer to the Complaint or First Amended Complaint previously filed with this Court. Under a separate filing, the Plaintiff, IndyMac Bank F.S.B., filed a Second Motion for Entry of Default as to Defendants Albert Smith, Alan Davis, Jubilee Realty &

Associates, LLC, and Corporate Management Services, Inc., for their failure to Answer the Second Amended Complaint.[1]

3.     On May 27, 2008, Defendants LeMarcos Irving and Nina Irving filed an Answer to the Second Amended Complaint with this Court.  Attached to the Second Motion for Entry of Default at Exhibit A is Defendants' LeMarcos A. Irving and Nina Irving Answer to Second Amended Complaint. This Court's Show Cause Order is no longer applicable to Defendants LeMarcos Irving and Nina Irving.

**WHEREFORE**, for the reasons stated herein, Plaintiff respectfully requests that this Court not dismiss the Defendants Albert Smith, Alan Davis, Jubilee Realty & Associates, LLC, and Corporate Management Services, Inc., and grant any such further relief as this Court deems appropriate for this matter.

                COUNCIL, BARADEL,
                KOSMERL & NOLAN, P.A.

Date: May 30, 2008        By: */S/ MICHAEL N. RUSSO, JR.*_____
                Michael N. Russo, Jr.
                Michael S. Steadman, Jr.
                125 West Street, Fourth Floor
                P.O. Box 2289
                Annapolis, Maryland 21204-2289
                410-268-6600
                410-269-8409 (fax)
                *Attorney for Plaintiff*

---

[1] On March 20, 2008, Plaintiff filed a Motion for Entry of Default as to the same Defendants.  The Motion remains pending with this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May 2008, a copy of the foregoing Plaintiff's Response to Courts Order to Show Cause was either electronically delivered or mailed First Class, Postage Prepaid, to:

Douglas Richard Taylor, Esq.
P.O. Box 4566
Rockville, MD  20850

Jan E. Simonson, Esq.
CARR MALONEY PC
1615 L St., N. W., Ste. 500
Washington, D.C.  20036

Larry E. Becker, Esq.
BECKER, KELLOGG & BERRY, P.C.
5501 Backlick Rd., Ste. 200
Springfield, VA  22151

Sean M. Hanifin, Esq.
ROSS, DIXON & BELL
2001 K Street, N. W.
Washington, D.C  20006

Matthew W. Carlson, Esq.
THOMPSON & O'DONNELL, LLP
1212 New York Ave., N.W., Ste. 1000
Washington, D.C.  20005
Michael Thomas Hamilton, Esquire
Michelle Marzullo, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
600 Baltimore Avenue
Suite 305
Towson, MD  21204

Mr. Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Ms. Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD  20640

Mr. Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD  20754

CORPORATE MANAGEMENT SERVICES, INC.
Resident Agent:  Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

Mr. Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910

                                                                                 /S/  MICHAEL N. RUSSO, JR._____
                                                                                 Michael N. Russo, Jr.