IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
|    Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 (RWR) |
| LEMARCOS A. IRVING, et al. | * | |
|    Defendants | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S F.R.C.P. 26(a)(2) STATEMENT**

Plaintiff, IndyMac Bank, F.S.B., by Council, Baradel, Kosmerl and Nolan, P.A., and Michael N. Russo, Jr. and Michael S. Steadman, Jr., by and through its attorneys, offer this F.R.C.P. 26(a)(2) Statement, and states as follows:

1.  Plaintiff designates Peter Vidi, Jr., 7727 Belle Point Drive, Greenbelt, Maryland 20770, to testify as an expert witness in the above captioned matter. Mr. Vidi is a Certified General Real Estate Appraiser. Mr. Vidi is expected to testify regarding the standard of care of a real estate appraiser in the position of William C. Harvey & Associates, Inc. in its appraisal of 7336 14th Street, N.W., Washington, DC 20010 ("subject property"). Mr. Vidi will rely on his review of the subject property, William C. Harvey & Associates, Inc.'s appraisal of the subject property and other research, testimony and documents produced in discovery. Mr. Vidi has not provided any written opinion or report at this time. A copy of Mr. Vidi's Professional Qualifications is appended hereto. Mr. Vidi may rebut or comment upon the opinion of any expert designated by any Defendant named in this action.

2.  Plaintiff designates James F. Lynn, The Lynn Group, Inc., 613 Eldrid Drive, Suite 200, Silver Spring, Maryland 20904-3344, to testify as an expert witness in the above captioned

1

matter. Mr. Lynn is the Principal of Lynn Group, Inc. Mr. Lynn attended the University of Wisconsin and the University of Maryland. Mr. Lynn's areas of expertise include, but are not limited to, mortgage lending and mortgage brokers. Mr. Lynn is expected to testify regarding the standard of care of a mortgage lender and broker in the position of Legacy Financial Corporation and Samuel Adebayo. A copy of Mr. Lynn's resume is appended hereto. Mr. Lynn may rebut or comment upon the opinion of any expert designated by any Defendant named in this action.

3. Plaintiff designates Arthur Konopka, Esquire, Law Offices of Arthur F. Konopka, 4530 Wisconsin Avenue, NW, Suite 200, Washington, DC 20016. Mr. Konopka is an attorney licensed to practice law in the District of Columbia, Maryland, Florida and New York, and practices primarily in real estate transactions. Mr. Konopka is a Maryland and District of Columbia licensed instructor for continuing education courses for real estate brokers and agents. Mr. Konopka's areas of expertise include title insurance coverage, real estate transactions, including the settlement of sales and refinances of residential property, and probate proceedings. Mr. Konopka graduated from Creighton University and Columbia University.

Mr. Konopka will testify as the standard of care of a settlement company in the position of Southshore Title & Escrow, Inc. Mr. Konopka will rely on his review of the settlement procedures of the subject property of this action, performed by Southshore Title & Escrow, Inc., research and other testimony and documents provided in discovery. Mr. Konopka may rebut or comment upon the opinion of any expert designated by any Defendant named in this action.

4. Plaintiff reserves the right to amend, modify, or supplement this statement at any time upon discovering new facts or information that would require the testimony of an expert witness in this matter.

                                        COUNCIL, BARADEL,
                                        KOSMERL & NOLAN, P.A.

Date: June 9, 2008        By:    /S/ MICHAEL N. RUSSO, JR.
                                             Michael N. Russo, Jr.
                                             Michael S. Steadman, Jr.
                                             125 West Street, Fourth Floor
                                             P.O. Box 2289
                                             Annapolis, Maryland 21204-2289
                                             410-268-6600
                                             410-269-8409 (fax)
                                             *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 9th day of June, 2008, a copy of the foregoing Plaintiff's F.R.C.P. 26(a)(2) Statement was either electronically delivered or mailed First Class, Postage Prepaid, to:

Douglas Richard Taylor, Esq.
P.O. Box 4566
Rockville, MD 20850

Jan E. Simonson, Esq.
CARR MALONEY PC
1615 L St., N. W., Ste. 500
Washington, D.C. 20036

Larry E. Becker, Esq.
BECKER, KELLOGG & BERRY, P.C.
5501 Backlick Rd., Ste. 200
Springfield, VA 22151

Sean M. Hanifin, Esq.
ROSS, DIXON & BELL
2001 K Street, N. W.
Washington, D.C. 20006

Matthew W. Carlson, Esq.
THOMPSON & O'DONNELL, LLP
1212 New York Ave., N.W., Ste. 1000
Washington, D.C. 20005

Michael Thomas Hamilton, Esquire
Michelle Marzullo, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
600 Baltimore Avenue
Suite 305
Towson, MD 21204

Mr. Lemarcos A. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Ms. Nina Q. Irving
5755 Oak Forest Court
Indian Head, MD 20640

Mr. Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD 20754

CORPORATE MANAGEMENT SERVICES, INC.
Resident Agent: Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

Mr. Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD 20910

/S/ MICHAEL N. RUSSO, JR.
Michael N. Russo, Jr.

Professional Qualifications of
# PETER R. VIDI, JR., IFAS
Senior Independent Fee Appraiser/Consultant

## EDUCATION

| | |
|---|---|
| Boston College | Bachelor of Arts, (BA 1974) |
| Salem College | Residential Real Estate Appraisal Course (1.1)<br>National Association of Independent Fee Appraisers |
| University of Maryland | Principles of Real Estate Appraising (1-A),<br>Single Family Real Estate Appraising (VIII),<br>American Institute of Real Estate Appraisers |
| University of Missouri at St. Louis | Saint Louis National Instructor Certification Training Program with annual training and recertification by National Association of Independent Fee Appraisers |
| Catonsville Community College | Condemnation Appraisal Course (5),<br>National Association of Independent Fee Appraisers<br><br>Concepts, Terminology & Techniques Course (8.0),<br>National Association of Independent Fee Appraisers |
| Prince George Community College | Financial Analysis of Income Properties Course (2.0),<br>National Association of Independent Fee Appraisers |
| Various Professional | "The Appraiser as an Expert Witness"- American Institute<br>American Institute of Real Estate Appraisers in cooperation with<br>American University School of Business & Real Estate |

Appraisal of Income Property (2.1)
Marshall-Swift Cost Valuation Commercial & Residential (4.0)
Uniform Standards of Professional Appraisal Practice (5.0)
Limited Scope Appraisal -Departure Provision (5.0B)
offered by the NAIFA
New HUD Appraisal Requirements - 1999

Numerous other professional seminars on an ongoing basis.

## PROFESSIONAL EXPERIENCE

<u>Qualified Expert Witness</u>: Circuit Court State of Maryland for Frederick, Montgomery, Prince George and Charles Counties and Virginia for Fairfax County; District of Columbia Superior Court; Bankruptcy Court, State of Maryland; Prince George County, Maryland Zoning Hearing Examiner

<u>Certified National Instructor - 1977</u>, National Association of Independent Fee Appraisers having taught both residential and commercial appraisal courses throughout the United States

<u>Certified General Real Estate Appraiser</u>, State of Maryland, District of Columbia & Commonwealth of Virginia

Associate Appraiser with Peter R. Vidi, Sr. IFA (deceased)

Licensed Individual Real Estate Broker, Washington, D.C. and the State of Maryland

## PROFESSIONAL MEMBERSHIPS

**National Association of Independent Fee Appraisers, Inc.**
Senior Designation Independent Fee Appraiser -IFAS #1055

## PROFESSIONAL OFFICES HELD

**National Association of Independent Fee Appraisers, Inc.**
Metropolitan Washington, D.C., Chapter Treasurer 1976 + 1977, Vice President 1978 + 1979, President 1980. Chairman of Chapter Education Committee 1976 - 1979. Chairman of the Legislative Committee 1979 – 1996.

Appointment to the National Publications Committee, 1979-1983 National Legislative Committee Chairman 1984-1986 and 1988; National Fiscal Committee 1989-1990; National Internal Auditor 1990-1991; National Admissions Committee 1991; election to the National Board of Directors 1983 - 1999 ; election as National Treasurer 1991, National Secretary 1992, and National 2nd Vice President 1993, National 1st Vice President 1994, National President 1995-1996.

**The Appraisal Foundation**
Appointment to The Appraisal Foundation and member of the Board of Trustees. Member of the Ethics Policies and Procedures Committee for The Appraisal Foundation 1993-94.

**The Guild of Real Estate Appraisers**
National Treasurer (2004-2006) and member of the National Board of Directors (2003-2006)

**GOVERNMENT AGENCIES**

Bureau of Buildings Management, District of Columbia
Department of Public Works, Right of Way Division, Prince George County, State of Maryland
Maryland Industrial Development Financing Authority
United States Marshals Service, Department of Justice
Washington Suburban Sanitary Commission, R/W Section

**CLIENTS SERVED** (partial list)

Advanta Mortgage Corporation
Atlantic Coast Mortgage
Appraisal Management Company (AMCO)
Archdiocese of Washington, D.C.
Associates Relocation
Coldwell Banker Relocation
Chase Manhattan Mortgage
Countrywide Home Loans
Federal Deposit Insurance Corporation (FDIC)
Fleet Financial & Managed Assets Division
1st National Mortgage Corporation
First Town Mortgage Corporation
Gemini Asset Managers
Home Loan & Investment Bank, FSB
James Madison Mortgage Corporation
National Capital Bank of Washington, D.C.
NVR Savings Bank
PHH Relocation
Resolution Trust Corporation (RTC)
Sandoz & Lamberton, Inc.
Superior Bank, F.S.B.
Tena Companies, Inc.
The Warner Corporation
Transamerica HomeFirst
Unicore
U.S. Marshals Service
Western Development Corporation
Zanecki, & Associates, PC

Various other clients and courses provided upon request

1/2/2007

**The Lynn Group, Inc.**
**613 Eldrid Drive, Suite 200**
**Silver Spring, Maryland  20904-3344**
**301.680.2599**
**www.TheLynnGroup.net**
**JimLynn@TheLynnGroup.net**

## RESUME OF JAMES F. LYNN, PRINCIPAL OF THE LYNN GROUP, INC.

Summary of Background

- Principal, The Lynn Group, Inc. (12 ½ years and ongoing).
- Expert reports and testimony on litigation involving mortgage financing and general consumer and commercial banking matters (since August 2001).
- Facilitator of Consumer and Commercial Credit Training Programs, Omega Performance Corporation (3 ½ years).
- Director of Business, Finance, & Development and Director of Financial Aid, Sandy Spring Friends School, Sandy Spring, Maryland (2 ½ years).
- Vice President and Commercial Relationship Manager, Maryland National Bank (11 years).
  - Commercial Training Program (one year).
  - Branch Manager (one year).
  - Commercial Relationship Manager (seven years).
  - Manager, Commercial Credit Training Program (two years).
- Part-time faculty member, Finance and Security & Investment Analysis, University of Maryland (4 years).
- Lecturer, Maryland Banking School (9 years).
- Member, Board of Trustees, Green Acres School, Rockville, Maryland (3 years).
- Member, Board of Trustees, Sandy Spring Friends School (2 years).
- Member, Board of Trustees, Friends Meeting School, Ijamsville, Maryland (one year).
- Staff Assistant to former U. S. Senator Herman E. Talmadge of Georgia (3 years).
- Congressional Intern, Office of former U. S. Representative Robert W. Kastenmeier of Wisconsin (3 months).
- MBA, University of Maryland; BA, University of Wisconsin.

The Lynn Group, Inc. (September 1, 1995 – Present)

The Company provides several distinct, but interrelated, credit services to community financial institutions. A summary of the menu of credit services is as follows:

- Conduct specific credit training programs for commercial and retail lenders. Provide ongoing training and support to lending officers with regard to the analysis and evaluation of credit requests and relationship management issues.
- Provide a special credit training seminar for members of the Board of Directors.
- Review and evaluate a financial institution's credit policy and procedures manual. Have written a complete loan policy and procedures manual for two community financial institutions.
- Conduct credit review of the commercial and retail loan portfolios. Identify any risk issues or deficiencies that have the potential to create a loss situation for the financial institution and propose a strategy in each instance to mitigate the risk issue and/or correct the deficiency.
- Develop and implement a specific action plan for the management of an adversely risk rated credit relationship.
- Identify potential loan participants for an originating financial institution or potential sources of loans for a financial institution that seeks to become a participant.

Litigation Support (Since August 2001)

Review legal file and other documentation pertaining to specific litigation as provided by legal counsel. Cases involve commercial and consumer banking matters, including mortgage fraud. Write Expert Report based on findings and conclusions. Also testify at deposition and at trial.

- FT Mortgage v. Joseph S. Livesay, Jr., et. al. Expert Report, September 2001. Client was the Defendant.
- EquiCredit Corporation of America v. Fidelity National Title Insurance Company of New York, et. al. Expert Report, November 2001. Client was the Plaintiff.
- EquiCredit Corporation of America v. Dannell Santiago, et. al. Expert Report, November 2001. Client was the Plaintiff.
- EquiCredit Corporation of America v. Dayton Williams, et. al. Expert Report, November 2001. Client was the Plaintiff.
- Alex and Tina Aklagi v. EquiCredit Corporation of Virginia. Expert Report, December 2001. Client was the Defendant.
- EquiCredit Corporation of America v. Keith and Kimberly Adkins, et. al. Deposition appearance, January 2002. Client was the Plaintiff.
- Ali M. Alvi v. Chevy Chase Bank, FSB, et. al. Deposition appearance, July 2002. Client was the Plaintiff.

2

- Robert F. Kraft and Helena F. Kraft v. Wheeling National Bank, et. al.  Expert Report, August 2002.  Client was the Defendant.
- Rose Lynch v. EquiCredit Corporation, et al.  Expert Report, November 2002.  Client was the Defendant.
- Lowell Cowell v. United National Bank, et al.  Expert Report and Deposition appearance, December 2002.  Client was the Plaintiff.
- Jeffrey Scott Runyon and Melissa Runyon vs. NationsCredit Financial Services Corporation d/b/a EquiCredit, et al. Expert Report, December 2002.  Client was the Defendant.
- Sandra D. Schaaf v. EquiCredit Corporation of Georgia, et al.  Expert Report, March 2003.  Client was the Defendant.
- Barbara L. Jackson v. EquiCredit Corporation of Georgia, et al.  Expert Report, March 2003.  Client was the Defendant.
- Pamela L. Helmick and Marian L. Brown, v. EquiCredit Corporation of West Virginia, et. al.  Expert Report, March 2003.  Client was the Defendant.
- Julian T. Jeffery, Jr. vs. Trans Union, LLC and Bank of America, N.A.  Case analysis for legal counsel for Bank of America, August 2003.
- Neil R. Thompson vs. NCO Financial Systems, Inc. and Bank of America.  Case analysis for legal counsel for Bank of America, September 2003.
- EquiCredit Corporation of America, et. al. vs. Joann C. DiMartino, et. al.  Case analysis and deposition appearance, November 2003.  Client was the Plaintiff.
- Lt. Charles Freedman, Post 706, Jewish War Veterans, by Larry D. Holman, Trustee Ad Litem vs. Mellon Bank, N.A.  Expert Report, November 2003.  Client was the Plaintiff.
- Donnie Austin and Patsy Austin vs. Infinity Financial Employment Services, LLC, Larry McMichen, New Century Mortgage Corporation, EMC Mortgage Corporation, LaSalle National Bank. Case analysis for legal counsel for defendant Larry McMichen, December 2003.
- Marvin B. Green and Marian C. Green v. Len Stoler, Inc., et. al.  Expert Report, May 2004.  The Plaintiffs were the Client.
- Christine Perry Young v. Brown's Maryland Motors, Inc., d/b/a Toyota of Glen Burnie, and Central Atlantic Toyota.  Expert Report, May 2004.  Client was the Plaintiff.
- Jawana K. Jackson and Jesse J. Jackson v. Imported Cars of Maryland, Inc., et. al. Affidavit, June 2004.  The Plaintiffs were the Client.
- Standard Federal Bank c/o ABN AMRO Mortgage Group, Inc. v. Gary V. Neff, Mary A. Neff, and First Resolution Investment Corporation c/o CT Corporation Systems, Inc.  Case Analysis, July 2004.  Defendants Gary V. Neff and Mary A. Neff were the Client.
- Brian L. Schambach, Lee Ann Schambach, Charles DeFilippo, and Nance L. DeFilippo v. National City Bank, Amy Roberts, and Edward J. Brennan.  Case Analysis, July 2004.  The Plaintiffs were the Client.
- Realty Title Services, Inc. v. Cash Store, II, Inc., et al.  Deposition appearance, September 2004.  The Plaintiff was the Client.

- Huntington Emergency Physicians Group, Inc. v. William W. Reed and Diann Wiseman. Case Analysis, September 2004. Defendant William W. Reed was the Client.
- Rosevelt Ricky Blocker v. Toyota Motor Credit Corporation, et al. Case Analysis, November 2004. Defendant Toyota Motor Credit Corporation was the Client.
- Robert D. Fouse and Bridget Fouse v. NationsCredit Financial Services Corporation d/b/a EquiCredit Corporation, et al. Expert Report, January 2005. Defendant NationsCredit Financial Services Corporation d/b/a EquiCredit was the Client.
- James Quinn and Linda Quinn, Plaintiffs vs. NationsCredit Financial Services Corporation d/b/a EquiCredit Corporation, et al. Expert Report, February 2005. Defendant NationsCredit Financial Services Corporation d/b/a EquiCredit Corporation was the Client.
- SLN, LLC, d/b/a Commonwealth Sign & Novelty v. Sports Collectors Guild, Inc. and Patrice Lagnier. Expert Report, February 2005. The two Defendants were the Clients.
- United Bank, Inc. v. Raymond E. Church, Lee H. Church, et al. Expert Report, March 2005. Deposition appearance, July 2005. The Defendants Raymond E. Church and Lee H. Church were the Clients.
- Robert A. Warner and Marian L. Warner v. Premier at Highlands, LLC. Expert Report, May 2005. Court testimony, February 2006. The two Plaintiffs were the Clients.
- Edward A. Gadd, Jr. and Patricia K. Gadd v. EquiCredit Corporation of West Virginia, NationsCredit Financial Services Corporation, and Fairbanks Capital Corporation. Expert Report, May 2005. The three Defendants were the Clients.
- Wachovia Bank, N.A. v. Benjamin McCottry and Geraldine I. McCottry. Case Analysis for counsel to the Defendants, June 2005. Deposition Appearance, September 2006.
- Robert B. Byrne v. Towson Ford Sales, Inc., et al. Expert Report, July 2005. Deposition appearance, January 2006. The Defendant Towson Ford Sales, Inc. was the Client.
- Charles and Macie Stewart v. Troese Title Services, Inc. Case Analysis and Estimate of Compensatory Damages for counsel to the Plaintiffs, July 2005.
- Virginia M. Sprague v. NationsCredit Financial Services Corporation, Fairbanks Capital Corporation, et al. Expert Report, July 2005. The Defendants NationsCredit Financial Services Corporation and Fairbanks Capital Corporation were the Clients.
- G. Edgar Harr Sons' Corporation and Penn National Insurance Company v. Mercantile-Safe Deposit and Trust Company. Case Analysis for counsel for Penn National Insurance Company, September 2005.
- Kelly L. Eigler v. CitiFinancial, Inc. Expert Report, September 2005. Citi-Financial, Inc. was the Client.
- Georgia Bryant-Macon v. CitiFinancial, Inc. Expert Report, September 2005. CitiFinancial, Inc. was the Client.

4

- Ameriquest Mortgage Company v. Eugene E. Brown and Debra A. Brown. Case Analysis, October 2005. Deposition appearance, May 2006. The Defendants were the Clients.
- Eileen F. Lentchner-Dorsey v. Experian Information Solutions, Inc. and Select Portfolio Servicing, Inc. Expert Report, October 2005. Defendant Select Portfolio Servicing, Inc. was the Client.
- James Kelly and Gladys Kelly v. Experian Information Solutions, Inc. and CitiFinancial Mortgage, Inc. Expert Report, October 2005. Defendant CitiFinancial Mortgage, Inc. was the Client.
- Michael Thiem, Plaintiff v. William Jones, et al., Defendants/Third-Party Plaintiffs v. Drummond Real Estate & Land Development, LLC, et al., Third-Party Defendants v. William Jones, Counter-Defendant. Expert Report, January 2006. Mr. Jones was the Client.
- Tremayne Oran Richardson v. Brown's Maryland Motors, Inc., d/b/a Toyota of Glen Burnie. Expert Report, January 2006. Plaintiff Richardson was the Client.
- Idriis Bilaal, et al. v. Vincent L. Abell, et al. Deposition appearance, February 2006. Mr. Abell and related Parties/Defendants were the Clients.
- Suzanne Sloane and John T. Sloane v. Equifax Information Services, LLC, Trans Union, LLC, Experian Information Solutions, Inc. and CitiFinancial, Inc. Expert Report and Deposition appearance, April 2006. Defendant CitiFinancial, Inc. was the Client.
- Maria-Theresa Wilson v. Vincent Abell, et al. Deposition appearance, April 2006. Trial testimony, March 2007. Defendant Vincent Abell was the Client.
- Diana D. Snodgrass, for Jane W. Snodgrass v. NationsCredit Financial Services Corporation d/b/a EquiCredit Corporation and Select Portfolio Servicing, Inc. Expert Report, June 2006. Defendant NationsCredit Financial Services Corporation was the Client.
- Alice Melendez v. Ford Motor Credit Company, Inc. and Crest Ford, Inc. Affidavit, June 2006. Ford Motor Credit Company, Inc. was the Client.
- Ralph C. Cronin and Mary Jo Cronin v. Saxon Mortgage Services, Inc. and Emmanuel Byron Loucas. Deposition appearance, June 2006. Saxon Mortgage Services, Inc. was the Client.
- United States of America v. Creative Financial Services, Inc., Reed N. Noble, Wayne T. Sweatt, and Brent M. Naylor. Case Analysis, August 2006. Defendant Reed N. Noble is the Client.
- Habib Bahari and Rohangiz Forouzan Bahari v. Countrywide Home Loans, Inc. and Litton Loan Servicing, LP. Expert Report, July 2006. Deposition appearance, November 2006. Plaintiffs Habib Bahari and Rohangiz Forouzan Bahari were the Clients.
- Bradley Pauley and Mary Ellen Pauley v. Chevy Chase Bank, FSB, Allied Home Mortgage Corporation, and Dale Starr. Expert Report, January 2007. Defendant Chevy Chase Bank, FSB was the Client.
- Indymac Bank, FSB v. Scott L. Smith, M. Anthony Gamarra d/b/a Sincerity Mortgage, Sincerity Mortgage Corporation, Bradford C. Fitch, and Michelle Guest. Expert Report, March 2007. Defendants Bradford C. Fitch and Michelle Guest were the Clients.

- William E. Johnson and Peter R. Lau v. Select Portfolio Servicing, Inc. Expert Report, March 2007. Defendant Select Portfolio Servicing, Inc. was the Client.
- Laura K. Thomas v. Branch Banking and Trust Company. Expert Report, May 2007. Deposition appearance, May 2007. Defendant Branch Banking and Trust Company was the Client.
- Raymond G. Chapman v. Chase Manhattan Mortgage Corporation. Expert Report, May 2007. Defendant Chase Manhattan Mortgage Corporation was the Client.
- Michael C. Dillon and Jennifer Kresge v. Select Portfolio Servicing, Inc., Harmon Law Offices, P.C., PMI Group, Inc., Merrill Lynch Mortgage Capital, Merrill Lynch Mortgage Investors, and LaSalle Bank, N.A. Expert Report, October 2007. Defendant Select Portfolio Servicing, Inc. was the Client.

Omega Performance Corporation, (October 2000 – April 2004)

Omega provides a variety of commercial and consumer credit training programs and sales training programs to the financial services industry on a worldwide basis. I have facilitated the following credit training workshops at various financial institutions:

- Understanding Business Cash Flow
- Analyzing Personal Cash Flow
- Commercial Loans To Business
- Commercial Loans To Small Business
- Consumer Lending
- Loan Documentation

Sandy Spring Friends School  (February 1, 1993 – August 31, 1995)

Sandy Spring Friends School, located on a 140 acre campus in Sandy Spring, Maryland (approximately 20 miles from Washington, D. C. and 30 miles from Baltimore), is a Pre-Kindergarten – Grade 12 program, including a boarding program in the Upper School. At the time, the total enrollment was 480 students and the annual operating budget was approximately $5,000,000. The position responsibilities were as follows:

- Management of all financial matters, including the collection of all tuition and fees, disbursement of all funds, the development of the annual budget, and the coordination of the annual external audit.
- Oversee all construction, maintenance, and repair of the School's physical plant and facilities, which included 10 academic buildings, 4 single family residences, 14 apartments, and the dormitory.
- Oversee all ancillary programs, such as the summer camps and facilities rentals.

- Chair the Financial Assistance Committee and participate in the determination of all financial aid awards.
- Management of the Annual Fund and the Capital Campaign.

Achievements and accomplishments include:

- Management of all of the business, financial, and legal issues associated with the merger between Friends Elementary School (Pre-Kindergarten – Grade 5) and Sandy Spring Friends School (previously Grades 6-12). The merger became effective on July 1, 1993.
- Introduced the concept of using a revolving term loan to finance the acquisition of long-term assets and refinance existing mortgage debt, reducing the School's annual interest expense from $98,000 to $14,500.
- Implementation of a revised salary and benefits plan for all faculty and staff. The benefits plan included retirement, health insurance, life insurance, long-term disability, a flexible benefits plan for health and dependent care, and tuition remission.
- Implementation of a self-funded health insurance program.

Maryland National Bank  (March 1, 1982 – January 31, 1993)

- Manager, Rockville Mall Office, Rockville, Maryland (one year). Responsible for the overall operation of the office, including personnel management, internal audits and operating controls, and the sale and management of retail depository accounts and retail loan products.
- Vice President and Commercial Relationship Manager (7 years). Responsible for the management of approximately 100 commercial loan relationships, primarily with small businesses. Loan portfolio typically included asset-based loans to finance investment in accounts receivable and/or inventory, seasonal working capital lines of credit, and loans to finance equipment and other long term assets. Extensive experience in all aspects of commercial credit, including business development, loan origination and renewals, loan documentation, loan management, loan restructuring, risk rating, and the management of special assets.
- Manager, Commercial Credit Training Program (2 years). Designed, implemented, and executed the standard curriculum used to develop prospective commercial account officers. Taught classroom courses in accounting, finance, principles of commercial lending, as well as a case study series. Successfully managed and trained 50 individuals over two year period.

Other Professional Experience

7

- Faculty Member, University of Maryland University College, College Park, Maryland (part-time). Taught undergraduate courses in Financial Management as well as Security & Investment Analysis.

- Maryland Banking School (jointly sponsored by the Maryland Bankers Association and the Robert H. Smith School of Business at the University of Maryland). The Maryland Banking School is a one-week professional development seminar held each year primarily for the benefit of designated employees of community financial institutions in the state of Maryland. Led case study seminar at the School for nine years.

- Staff Assistant to U. S. Senator Herman E. Talmadge of Georgia (3 years). Responsible for all legislative issues and constituent matters relating to the following federal departments: Treasury, Education, and Health and Human Services. Researched issues and developed policy recommendations for legislative proposals. Met with constituents and interest groups to discuss both pending legislation and executive and regulatory matters and also intervened whenever appropriate with executive departments and agencies to facilitate or negotiate administrative solutions for constituents.

- Congressional Intern, Office of U. S. Representative Robert W. Kastenmeier of Wisconsin (3 months).

Educational Background

Graduate of the MBA Program at the University of Maryland, College Park. Completed degree requirements in December 1980. Was a teaching assistant for graduate course in security and investment analysis and for an undergraduate business statistics course.

Earned BA degree in Political Science/International Relations from the University of Wisconsin, Madison, 1975.

VITA

Arthur F. Konopka
Born 1940, Milwaukee, Wisconsin

Education:

Classical BA Creighton University, 1961
Arbiture Diplom, Goethe Institute, Munich, 1962
Juris Doctor, Columbia University, 1965

Bar Admission:
New York, 1966, not active.
Florida, 1967, not active.
District of Columbia, 1970
Maryland, 1981

Professional Employment:

1966-1971, Attorney, Office of General Counsel, National Aeronautics and Space Administration, Kennedy Space Center and
NASA Headquarters, Washington, DC. Employment covered a broad range of responsibilities including acquisition of real estate and related matters.

1971-1981, Program Director, National Science Foundation. Appointed to Senior Executive Service. Employment covered a broad range of management responsibilities and research supervision, including direction of research on real property regimes, real estate, analysis of real estate transactions.

1981-Present, Private Practice, Law Offices of Arthur F. Konopka, with offices in Washington, DC. The practice specializes in real estate transactions and probate proceedings including the settlement of sales and refinances of residential property. Personal experience includes settlement of over 10,000 cases and the supervision of the settlement of a number substantially in excess of that.

Agent and Approved Attorney for:

First American Title Insurance Company
Lawyers Title Insurance Company

State of Maryland and District of Columbia Licensed Instructor of Real Estate Broker and Agent continuing education courses.

Member:
District of Columbia Bar Association
    Real Estate and Probate Sections
    Member, Steering Committee for Real Estate, Housing and Land Use Section
Maryland Bar Association
    Real Estate and Probate Sections
Montgomery County Maryland Bar Association
    Real Estate Section
America Bar Association
    Real Property and Probate Section
Greater Capital Area Association of Realtors (GCAAR)
    Member, Contract and Clause Committee
Maryland Association of Realtors.

Qualified as an expert witness in real estate and probate matters in the following Courts:
    U. S. District Court, Washington, DC
    U. S. Bankruptcy Court, Washington, DC
    Superior Court, District of Columbia
    Circuit Court, Montgomery County, Maryland
    District Court, Montgomery County, Maryland