Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INDYMAC BANK, F.S.B. et al

    Plaintiff(s)

Civil Action No. 07-cv-01678-RWR

V.

IRVING, et al.

    Defendant(s)

RE: ALBERT SMITH

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 24, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 10th day of July, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk