## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 |
| LEMARCOS A. IRVING, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ERRATA

TO THE HONORABLE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the attached Affidavit of Non-Military Service is associated with docket number 45, Praecipe Regarding Affidavit of Non-Military Service for Defendant Alan Davis, which was filed in response to this Court's Order to Show Cause at docket number 37.

Respectfully submitted,

*/s/ Michael N. Russo, Jr.*
Michael N. Russo, Jr., Esquire
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, Fourth Floor
Post Office Box 2289
Annapolis, MD 21404-2289
Phone: (410) 268-6600
Fax: (410) 269-8409 (fax)
russo@cbknlaw.com

*Attorney for Plaintiff IndyMac Bank, F.S.B.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2008, a copy of the foregoing was either electronically delivered or mailed First Class, Postage Prepaid, to:

Sean Michael Hanifin, Esquire
Michael Kenneth, Esquire
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-2688
Phone: (202) 662-2026
Fax: (202) 662-2190
shanifin@rdblaw.com
*Attorney for Defendant Southshore Title & Escrow, Inc.*


Douglas Richard Taylor, Esquire
P.O. Box 4566
Rockville, MD 20850
Phone: (301) 565-0209
Fax: (410) 466-9442
drtaylor309@aol.com
*Attorney for Defendant Timothy F. Geppert, Individually and trading as Geppert Real Estate, an unincorporated entity trading as Geppert Real Estate.*


Matthew Wesley Carlson, Esquire
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005-3987
Phone: (202) 289-1133
Fax: (202) 289-0275
mwc@tomnh.com
*Attorney for Defendant Fairfax Realty, Inc.*

Michael Thomas Hamilton, Esquire
Michelle J. Marzullo, Esquire
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
600 Baltimore Avenue – Suite 305
Towson, MD  21204
Phone: (410-339-6880)
mhamilton@mooclaw.com
*Attorneys for Defendants Legacy Financial Corporation and Samuel Adebayo*


Jan E. Simonson, Esquire
Elizabeth Francis, Esquire
CARR MALONEY, P.C.
1615 L Street, NW
Suite 500
Washington, DC 20036
Phone: (202) 310-5522
Fax: (202) 310-5555
jes@carrmaloney.com
*Attorney for Defendant William C. Harvey & Associates, Inc.*


Minturn Wright, Esq.
Michael Coogen, Esq.
Brincefield Hartnett, P.C.
526 King St., Ste. 423
Alexandria, VA 22314-3144
(703) 836-2880
*Attorney for Defendant Lemarcos and Nina Irving*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 (RWR) |
| LEMARCOS A. IRVING, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF NON-MILITARY SERVICE**

Amelia Shakocius does hereby swear and affirm under the penalties of perjury that the following facts and allegations are true and correct to the best of her knowledge, information and belief and are made on her personal knowledge:

1. That she are over 18 years of age and is competent to be a witness to the matters stated herein.

2. That in compliance with the Service Members Civil Relief Act, formerly the Soldiers' and Sailors' Civil Relief Act of 1940, Judgment Day Information Services, Inc., was retained for the purpose of determining whether the Defendant, Alan R. Davis, is currently serving in any branch of the United States Military.

3. That the social security number, date of birth and last known address of the Defendant, Shawn A. Curry, Jr. was provided to Judgment Day Information Services, Inc. An Affidavit in Support of Search was returned indicating that Defendant Alan R. Davis is not serving in any branch of the United States Military. (See attached Affidavit at Exhibit A.)

| | |
|---|---|
| 6/30/08 | _/s/ Amelia Shakocius_ |
| Date | Amelia Shakocius |

STATE OF MARYLAND
COUNTY OF ANNE ARUNDEL, to wit:

    I HEREBY CERTIFY that on this 30th day of June, 2008, before me, the subscriber, a Notary Public, in and for the State and County aforesaid, personally appeared Amelia Shakocius, who acknowledged the execution of the foregoing document to be her free act and deed.

    AS WITNESS my hand and Notarial Seal.

                                                        _____
                                                        Notary Public

My Commission Expires: April 22, 2012



## Military Search ℠

### JUDGMENT DAY INFORMATION SERVICES, INC.
PHONE: (888) 524-7982       FAX (866) 847-2757
52 YONKERS TERRACE - SUITE 3E - YONKERS - NY 10704

### AFFIDAVIT IN SUPPORT OF SEARCH

1. I Melissa B. Forschner of Judgment Day Information Services, Inc. with offices located at 52 Yonkers Terrace, Yonkers, NY 10704, am over the age of 18 and do hereby attest that Judgment Day Information Services, Inc., conducted a diligent search of the DMDC Manpower Database to determine the current military or non-military status of the defendant. I have personal knowledge of all matters stated herein.

2. This affidavit is made pursuant to the Service Members Civil Relief Act (SCRA) [50 USCS Appx. §§ 501 et seq] formerly the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs 501et. seq, for the purpose of entry of judgment against ALAN RUDOLPH DAVIS.

3. I provided the Department of Defense Manpower Data Center with the pertinent information about the defendant such as the defendants name ALAN RUDOLPH DAVIS and Social Security Number and date of birth, which I know because it was located through a diligent search of the individuals' name, street address and state of residence, which was provided to me by the plaintiff's attorney COUNCIL, BARADEL, KOSMERL & NOLAN, P.A and yielded a positive identity match. I then conducted a diligent search of the DMDC Manpower Database at the request of COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.

4. Based on the response I have received from the Department of Defense Manpower Data Center dated 6/29/2008 a copy of which is attached hereto and made a part hereof, I am convinced that the defendant is not in any branch of the United States military.

DATED: 6/29/2008

_____
Signature

_____
Printed Name

Sworn to before me this 29th day
Of July, 2008

_____
Notary Public

RANDY S. FORSCHNER
Notary Public, State of New York
No. 01FO6036033
Qualified in Westchester County
Commission Expires  01-10-2010

EXHIBIT
A

Request for Military Status

Department of Defense Manpower Data Center



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| < Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| DAVIS | ALAN RUDOLPH | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

Report ID:BXNENKIOZYG



SEARCH CRITERIA:
Social Security Number "214-XX-XXXX" is a Valid SSN
DATE OF BIRTH: 04/13/1962