IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 |
| LEMARCOS A. IRVING, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**FIRST AMENDMENT TO JOINT LOCAL RULE 16.3 STATUS REPORT**

Plaintiff IndyMac Bank, F.S.B., by and through its counsel, after consultation with and consent of all other counsel who have appeared in the above entitled action; hereby file this amendment to the Joint Local Rule 16.3 Status Report[1], as follows:

**PLAINTIFF TAKEOVER BY FDIC**

On July 11, 2008, Plaintiff IndyMac Bank, F.S.B., ("IndyMac") was closed by the Office of Thrift Supervision (OTS) and the Federal Deposit Insurance Corporation (FDIC) was named Conservator. IndyMac has been instructed by the FDIC to continue to prosecute this litigation. The practical implication of this development on the above entitled litigation is to cause some uncertainty as to the progress of this litigation and has made it difficult for Counsel for the Plaintiff to fulfill Plaintiff's discovery obligations in a timely manner.  Counsel for all parties have conferred to discuss the continued orderly conduct of this litigation.  Counsel have agreed that it is in the best interests of all parties if they amend their Joint Local Rule 16.3 Status Report to the Court seeking to extend their suggested deadline by ninety (90) days. Counsel have also begun the discovery process on the assumption that this is consistent with

---

[1] On April 30, 2008, the parties filed the Joint Local Rule 16.3 Status Report.  The Joint Local Rule 16.3 Status Report remains pending with this Court. This Court has not entered an initial Order.

1

the Court's desires, despite the fact that the Court has not yet entered an initial discovery order in response to the parties status report previously filed on April 30, 2008 as Docket # 60.

## AMENDEMENT OF PLEADINGS

The takeover of IndyMac will require a substitution of the FDIC as the real party in interest for IndyMac. The appropriate designation for the new plaintiff is not yet certain but it is expected that the designation will be something akin to: Federal Deposit Insurance Corporation as conservator for IndyMac Bank, FSB. Once the appropriate designation is determined by the FDIC the appropriate motion will be filed with the Court.

## INTERIM STATUS CONFERENCE

Counsel are cognizant of the likelihood that the FDIC's involvement may cause uncertainties in the progress of this litigation which could likely benefit from the participation of the Court. Accordingly, it is requested that a status conference be scheduled before the Court for approximately 90 days from the filing of this paper.

## NEW SCHEDULING DATES

It is requested that the Court issue an Order setting the following dates for this litigation:

| | |
|---|---|
| Commencement of Discovery | Upon filing of the Status Report |
| Status conference | Approx. October 15 to 30, 2008[*] |
| Joining of Parties/Amendment of Pleadings | October 1, 2008 |
| Filing of 26(a) (2) Report and Information | Plaintiff:   October 15, 2008<br>Defendant:  November 29, 2008 |
| Completion of all Discovery | February 1, 2009 |
| Filing of Dispositive Motions | March 1, 2008 |
| Responses to Dispositive Motions | April 1, 2009 |

2

| | |
|---|---|
| Reply Brief for Dispositive Motions | April 15, 2009 |
| Alternative Dispute Resolution | June 15, 2009 –July 15, 2009[*] |
| Pre-Trial Conference | On or after August 1, 2009[*] |
| Trial | After October 1, 2009[*] |

NOTE: Dates designated with an [*] shall be set by the Clerk.

WHEREFORE, for the reasons set forth, it is respectfully requested that this Court enter a scheduling order in the fashion requested above, and provide any further relief as this Court may deem appropriate.

Respectfully submitted,

/s/ Michael N. Russo, Jr.
Michael N. Russo, Jr., Esquire
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, Fourth Floor
Post Office Box 2289
Annapolis, MD 21404-2289
Phone: (410) 268-6600
Fax: (410) 269-8409 (fax)
russo@cbknlaw.com

*Attorney for Plaintiff IndyMac Bank, F.S.B.*

With the Consent of:

/s/ Sean Michael Hanifin
Sean Michael Hanifin, Esquire
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-2688
Phone: (202) 662-2026
Fax: (202) 662-2190
shanifin@rdblaw.com

*Attorney for Defendant Southshore Title & Escrow, Inc.*

*/s/ Douglas Richard Taylor*
Douglas Richard Taylor, Esquire
P.O. Box 4566
Rockville, MD 20850
Phone: (301) 565-0209
Fax: (410) 466-9442
drtaylor309@aol.com

*Attorney for Defendant Estate of Timothy F. Geppert, Individually and trading as Geppert Real Estate, an unincorporated entity trading as Geppert Real Estate.*


*/s/ Matthew Wesley Carlson*
Matthew Wesley Carlson, Esquire
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005-3987
Phone: (202) 289-1133
Fax: (202) 289-0275
mwc@tomnh.com
*Attorney for Defendant Fairfax Realty, Inc.*


*/s/ Michelle J. Marzullo*
Michael Thomas Hamilton, Esquire
Michelle J. Marzullo, Esquire
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
600 Baltimore Avenue – Suite 305
Towson, MD  21204
Phone: (410-339-6880)
mhamilton@mooclaw.com
*Attorneys for Defendants Legacy Financial Corporation and Samuel Adebayo*


*/s/ Jan E. Simonson*
Jan E. Simonson, Esquire
CARR MALONEY, P.C.
1615 L Street, NW
Suite 500
Washington, DC 20036
Phone: (202) 310-5522
Fax: (202) 310-5555
jes@carrmaloney.com

*Attorney for Defendant William C. Harvey & Associates, Inc.*

<u>*/s/ Michael Coogen, Esq.*</u>
Minturn Wright, Esq.
Michael Coogen, Esq.
Brincefield Hartnett, P.C.
526 King St., Ste. 423
Alexandria, VA 22314-3144
(703) 836-2880
*Attorney for Defendant Lemarcos and Nina Irving*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1-07-cv 01678 |
| LEMARCOS A. IRVING, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER REGARDING FIRST AMENDED JOINT LOCAL RULE 16.3 STATUS REPORT

Upon consideration of the First Amended Joint Local Rule 16.3 Report, it is

ORDERED that the parties shall comply with the following Scheduling Order.

| | |
|---|---|
| Commencement of Discovery | Upon filing of the Status Report |
| Status conference | Approx. October 15 to 30, 2008[*] |
| Joining of Parties/Amendment of Pleadings | October 1, 2008 |
| Filing of 26(a) (2) Report and Information | Plaintiff:  October 15, 2008<br>Defendant:  November 29, 2008 |
| Completion of all Discovery | February 1, 2009 |
| Filing of Dispositive Motions | March 1, 2008 |
| Responses to Dispositive Motions | April 1, 2009 |
| Reply Brief for Dispositive Motions | April 15, 2009 |
| Alternative Dispute Resolution | June 15, 2009 –July 15, 2009[*] |
| Pre-Trial Conference | On or after August 1, 2009[*] |
| Trial | After October 1, 2009[*] |

NOTE: Dates designated with an [*] shall be set by the Clerk.

1

                                                    Judge, United States District Court for the
                                                             District of Columbia

Copies to:

Michael N. Russo, Jr., Esquire
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, Fourth Floor
Post Office Box 2289
Annapolis, MD 21404-2289
Phone: (410) 268-6600
Fax: (410) 269-8409 (fax)
russo@cbknlaw.com
*Attorney for Plaintiff IndyMac Bank, F.S.B.*


Sean Michael Hanifin, Esquire
Michael Kenneth, Esquire
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-2688
Phone: (202) 662-2026
Fax: (202) 662-2190
shanifin@rdblaw.com
*Attorney for Defendant Southshore Title & Escrow, Inc.*


Douglas Richard Taylor, Esquire
P.O. Box 4566
Rockville, MD 20850
Phone: (301) 565-0209
Fax: (410) 466-9442
drtaylor309@aol.com
*Attorney for Defendant Timothy F. Geppert, Individually and trading as Geppert Real Estate, an unincorporated entity trading as Geppert Real Estate.*


Matthew Wesley Carlson, Esquire
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000

Washington, DC 20005-3987
Phone: (202) 289-1133
Fax: (202) 289-0275
mwc@tomnh.com
*Attorney for Defendant Fairfax Realty, Inc.*

Michael Thomas Hamilton, Esquire
Michelle J. Marzullo, Esquire
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
600 Baltimore Avenue – Suite 305
Towson, MD  21204
Phone: (410-339-6880)
mhamilton@mooclaw.com
*Attorneys for Defendants Legacy Financial Corporation and Samuel Adebayo*

Jan E. Simonson, Esquire
CARR MALONEY, P.C.
1615 L Street, NW
Suite 500
Washington, DC 20036
Phone: (202) 310-5522
Fax: (202) 310-5555
jes@carrmaloney.com
*Attorney for Defendant William C. Harvey & Associates, Inc.*

Minturn Wright, Esq.
Michael Coogen, Esq.
Brincefield Hartnett, P.C.
526 King St., Ste. 423
Alexandria, VA 22314-3144
(703) 836-2880
*Attorney for Defendant Lemarcos and Nina Irving*