## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **INDYMAC BANK, F.S.B.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1-07-CV-01678 (RWR)** |
| | ) | |
| **LEMARCOS A. IRVING,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| ──────────────────────── | ) | |

### CONSENT MOTION TO WITHDRAW AS COUNSEL

Brincefield, Hartnett & Kahn, P.C. ("BH&K"), briefly attorneys for Defendants LeMarcos and Nina Irving ("Irvings"), and following LCvR 83.5, hereby moves for an order permitting it to withdraw as counsel for the Irvings in this action.

This Motion is made on the grounds that circumstances have arisen that allow BH&K to withdraw as counsel under Rule 1.16 of the Rules of Professional Conduct. This Motion is based on this notice and the Memorandum of Points and Authorities attached hereto, on the Court's file in this action, and on such other and further evidence, of whatever nature, as may be presented to the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION AND FACTS

**A. Background Facts**

This action arises from the purchase of a house identified in this case's pleadings in Washington, D.C. The Irvings were persuaded by their assistant pastor, Defendant Albert Smith (who is also a real estate agent), to buy and renovate a house. Unbeknownst to the Irvings at the time, Smith had concocted a scheme to defraud one or more victims through the house purchase. Being unsophisticated purchasers, and placing great trust in Smith as a real estate professional and as their spiritual leader, the Irvings followed Smith's instructions as he enacted his complicated plan, the exact details of which are still unclear, but which apparently involved using the Irvings as unwitting front persons for obtaining a large purchase money and renovation loan, playing a "shell game" with the purchase, and persuading the Irvings to give him disbursement power over the construction loan. He then embezzled the money.

When the construction grounded to a halt because the contractor was not paid and the local real estate market collapsed, the Irvings sought BH&K's assistance in the limited capacity to negotiate a "short sale" of the house, which was unsuccessful.

**B. This Action**

IndyMac Bank, ("Plaintiff") the lender of the purchase money and construction loan, filed this action in September 2007, naming as Defendants every person or entity that ever got near the transactions in question, including the real estate brokerage where Smith worked six months before the sale. On or about July 11, 2008, the Federal Deposit Insurance Corporation ("FDIC") became conservator of the Plaintiff. The parties are now in the discovery phase of the litigation and are seeking a ninety-day extension of all deadlines due to the FDIC takeover.

2

The Irvings, who have been *pro se* in this action since they were served with process, were served with many pages of discovery that they did not understand. Not surprisingly, they sought the assistance of BH&K, the law firm with the most knowledge of the background facts, but whom the Irvings were not able to retain for the entire litigation of this matter.

Realizing that the Irvings needed help in responding to the discovery, BH&K obtained extensions of time to respond, reviewed the discovery, and prepared responses to it. Not wanting to violate the "ghostwriting" rules, BH&K prepared the discovery responses for signature by attorneys. **The Irvings and BH&K only intended that BH&K's involvement in this action would be limited to preparing the instant discovery responses.** Now that the responses have been prepared and served, it is time for BH&K to withdraw. The Irvings have given their consent expressly to this Motion.

## II. BH&K MAY WITHDRAW AS COUNSEL

The D.C. *Rules of Professional Conduct* provide, in pertinent part:

**Declining or terminating representation.**
(a) Except as stated in paragraph (c), a lawyer . . . shall withdraw from the representation of a client if: . .
　　　(3) The lawyer is discharged.
(b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client; or if: . .
　　　(5) The lawyer believes in good faith, in a proceeding before a tribunal,
　　　that the tribunal will find the existence of other good cause for withdrawal.
(c) A lawyer must comply with applicable law requiring notice to or permission of a tribunal when terminating a representation. . . .
(d) In connection with any termination of representation, a lawyer shall take timely steps to the extent reasonably practicable to protect a client's interests, such as giving reasonable notice to the client, allowing time for employment of other counsel, surrendering papers and property to which the client is entitled, and refunding any advance payment of fee or expense that has not been earned or incurred. . . .

RPC, Rule 1.16. When a client "had discharged [the lawyer] as counsel" "the attorney's motion to withdraw [was] granted." *Crane v. Crane*, 657 A.2d 312, 314, 318 (D.C. 1995).

3

BH&K's withdrawal from the case will not be unfairly prejudicial to the Irvings or any other party, nor will it unduly delay trial and would be in the interests of justice. BH&K has served as counsel to only prepare the Irvings' discovery responses. BH&K's only appearance before the Court in this action was a filed Certificate of Discovery.

### III. CONCLUSION

For the foregoing reasons, circumstances exist allowing BH&K to withdraw as attorneys for the Irvings. No party will be unfairly prejudiced nor will trial be unduly delayed as a result of the withdrawal. The Irvings have allowed BH&K to represent to the Court that they concur with, and consent expressly to, this Motion.

Respectfully submitted,

LeMarcos Irving and Nina Q. Irving

By: /s/ *Michael A. Coogen, Jr.*

BRINCEFIELD, HARTNETT & KAHN, P.C.
Michael A. Coogen, Jr. Bar No. 467384
Minturn Wright, Bar No. 455823
526 King Street, Suite 423
Alexandria, Virginia 22314
703-836-2880
703-549-1924 fax
Counsel for Defendants LeMarcos Irving and
Nina Q. Irving

4

## CERTIFICATE OF SERVICE

I certify that this Consent Motion to Withdraw as Counsel, was served on the parties to this action by mailing a copy thereof by First Class U.S. Mail, postage prepaid, to the following this 31st day of July, 2008.

Michael N. Russo, Jr., Esq.
Michael S. Steadman, Jr., Esq.
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
Annapolis, Maryland 21404
Attorneys for the Plaintiff

Sean Michael Hanifin, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006
Attorney for Defendant Southshore Title

Douglas Richard Taylor, Esq.
10400 Connecticut Avenue, Suite 513
Kensington, Maryland 20895
Attorney for Defendant Timothy Geppert

Michael L. Pivor, Esq
Matthew W. Carlson, Esq
Thompson O'Donnell, LLP
1212 New York Avenue, N.W., Suite 1000
Washington, D.C. 20005
Attorneys for Defendant Fairfax Realty

Albert Smith
4140 Ferry Landing Road
Dunkirk, Maryland 20754
Defendant

Michelle J. Marzullo, Esq
Michael T. Hamilton, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
600 Baltimore Avenue, #305
Towson, Maryland 21204
Attorneys for Defendants Legacy and Samuel Adebayo

Alan R. Davis
1400 Spring Street, Suite 415
Silver Spring, Maryland 20910
Registered agent for Defendant Corporate Management Services

Larry E. Becker, Esq
Carr Maloney, P.C.
5501 Backlick Road, Suite 200
Springfield, Virginia 22151
Attorneys for Defendant Harvey & Associates

Jan E. Simonson, Esq.
Elizabeth Anne Francis, Esq.
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
Attorneys for Defendant Harvey & Associates

*/s/ Michael A. Coogen, Jr.*
Michael A. Coogen, Jr.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INDYMAC BANK, F.S.B.,       )
       )
    **Plaintiff,**      )
       )
**v.**       )     **Case No. 1-07-CV-01678 (RWR)**
       )
**LEMARCOS A. IRVING, *et al.*,**    )
       )
    **Defendants.**    )
       )

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

The Consent Motion for leave for Brincefield, Hartnett & Kahn, P.C. to withdraw as attorneys for LeMarcos and Nina Irving ("Irvings") in this action, and any opposition thereto, was read and considered by this Court. Based on the moving papers and other evidence, and for good cause shown, it is hereby ordered as follows:

1. The Motion is GRANTED.

2. Brincefield, Hartnett & Kahn, P.C., Michael A. Coogen, Jr., and Minturn Wright are all hereby permitted to withdraw as attorneys of record for the Irvings herein and are hereby relieved from their duties as counsel.

3. The Irvings may appear *pro se*, as they have before.

4. It is further ordered as follows: _____

_____

_____

IT IS SO ORDERED.

Date: _____      _____

                                     U.S. District Court Judge for the District of Columbia

Copies to:

Michael N. Russo, Jr., Esq.
Michael S. Steadman, Jr., Esq.
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
Annapolis, Maryland 21404
Attorneys for the Plaintiff

Douglas Richard Taylor, Esq.
10400 Connecticut Avenue, Suite 513
Kensington, Maryland 20895
Attorney for Defendant Timothy Geppert

Albert Smith
4140 Ferry Landing Road
Dunkirk, Maryland 20754
Defendant

Alan R. Davis
1400 Spring Street, Suite 415
Silver Spring, Maryland 20910
Registered agent for Defendant Corporate
Management Services

Jan E. Simonson, Esq.
Elizabeth Anne Francis, Esq.
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
Attorneys for Defendant Harvey & Associates

Sean Michael Hanifin, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006
Attorney for Defendant Southshore Title

Michael L. Pivor, Esq.
Matthew W. Carlson, Esq.
Thompson O'Donnell, LLP
1212 New York Avenue, N.W., Suite 1000
Washington, D.C. 20005
Attorneys for Defendant Fairfax Realty

Michelle J. Marzullo, Esq.
Michael I. Hamilton, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
600 Baltimore Avenue, #305
Towson, Maryland 21204
Attorneys for Defendants Legacy and Samuel
Adebayo

Larry E. Becker, Esq.
Carr Maloney, P.C.
5501 Backlick Road, Suite 200
Springfield, Virginia 22151
Attorneys for Defendant Harvey & Associates

Minturn Wright, Esq.
Michael A. Coogen, Jr., Esq.
Brincefield, Hartnett & Kahn, P.C.
526 King St., Suite 423
Alexandria, Va. 22314
Attorneys for Defendant LeMarcos and Nina
Irving

2