**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
                                    )
INDYMAC BANK, F.S.B.,               )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     Civil Action No. 07-1678 (RWR)
                                    )
LEMARCOS IRVING et al.,             )
                                    )
          Defendants.               )
_____ )

## ORDER TO SHOW CAUSE

The Clerk entered default against defendants Albert Smith, Alan Davis, Jubilee Realty & Associates, L.L.C., and Corporate Management Services, Inc., and plaintiff has failed to move for default judgment.  Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by August 14, 2008 why these defendants should not be dismissed for want of prosecution.  If appropriate, plaintiff may satisfy this order by filing and serving on defendants a motion for default judgment with a proposed final default judgment.

SIGNED this 31st day of July, 2008.


_____/s/_____
RICHARD W. ROBERTS
United States District Judge