UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDYMAC BANK, F.S.B., | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 1-07-CV-01678 (RWR) |
| LEMARCOS A. IRVING, *et al.*, | ) |
|       Defendants. | ) |

## CONSENT TO MOTION TO WITHDRAW AS COUNSEL

Defendants LeMarcos and Nina Irving (the "Irvings") hereby consent, in writing, to the Motion of Brincefield, Hartnett & Kahn, P.C., to withdraw as the Irvings' counsel.

Date: 8/7/08

_____
LeMarcos A. Irving

Date: 8/7/08

_____
Nina Q. Irving