# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B. | * | |
|     Plaintiff | * | |
|     v. | * | Case No.: 1-07-cv 01678 |
| LEMARCOS A. IRVING, et al. | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COMES NOW, Plaintiff IndyMac Bank, F.S.B. and the Federal Deposit Insurance Corporation ("FDIC"), as the duly appointed Receiver ("FDIC-R") for IndyMac Bank, F.S.B. ("IndyMac"), by and through its attorneys, Council, Baradel, Kosmerl and Nolan, P.A., Michael N. Russo, Jr. and Michael S. Steadman, Jr., and replies to this Court's Order to Show Cause issued on July 31, 2008, and in support thereof states the following:

    1.    On July 31, 2008, this Court issued an Order to Show Cause in writing by August 14, 2008, as to why Defendants Albert Smith, Alan Davis, Jubilee Realty & Associates, LLC, and Corporate Management Services, Inc. should not be dismissed for want of prosecution. The Order to Show Cause further indicates that "if appropriate, plaintiff may satisfy this order by filing and serving on defendants a motion for default judgment with a proposed final default judgment."

    2.    Plaintiffs IndyMac and FDIC-R file simultaneously with this Response to Court's Order to Show Cause a Motion for Entry of Default Judgment as to Defendants

Albert Smith, Alan Davis, Jubilee Realty & Associates, LLC, and Corporate Management Services, Inc.

**WHEREFORE**, for the reasons stated herein, Plaintiffs respectfully requests that this Court not dismiss the Defendants Albert Smith, Alan Davis, Jubilee Realty & Associates, LLC, and Corporate Management Services, Inc., and grant any such further relief as this Court deems appropriate for this matter.

                                        COUNCIL, BARADEL,
                                        KOSMERL & NOLAN, P.A.

Date: August 14, 2008        By:    <u>/S/ MICHAEL N. RUSSO, JR.</u>
                                                Michael N. Russo, Jr.
                                                Michael S. Steadman, Jr.
                                                125 West Street, Fourth Floor
                                                P.O. Box 2289
                                                Annapolis, Maryland 21204-2289
                                                410-268-6600
                                                410-269-8409 (fax)
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August 2008, a copy of the foregoing Plaintiff's Response to Courts Order to Show Cause was either electronically delivered or mailed First Class, Postage Prepaid, to:

Sean Michael Hanifin, Esquire
Michael Kenneth, Esquire
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-2688
*Attorney for Defendant Southshore Title & Escrow, Inc.*

Douglas Richard Taylor, Esquire
P.O. Box 4566
Rockville, MD 20850
*Attorney for Defendant Timothy F. Geppert, Individually and trading as Geppert Real Estate, an unincorporated entity trading as Geppert Real Estate.*

Matthew Wesley Carlson, Esquire
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005-3987
*Attorney for Defendant Fairfax Realty, Inc.*

Michael Thomas Hamilton, Esquire
Michelle J. Marzullo, Esquire
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
600 Baltimore Avenue – Suite 305
Towson, MD  21204
*Attorneys for Defendants Legacy Financial Corporation and Samuel Adebayo*

Jan E. Simonson, Esquire
CARR MALONEY, P.C.
1615 L Street, NW
Suite 500
Washington, DC 20036
*Attorney for Defendant William C. Harvey & Associates, Inc.*

Mr. and Mrs. Lemarcos Irving
5755 Oak Forest Court
Indian Head, Maryland 20640
*Defendants, Pro Se*

Mr. Albert Smith
4140 Ferry Landing Rd.
Dunkirk, MD  20754
*Defendant*

Corporate Management Services, Inc.
Resident Agent:  Alan R. Davis
1400 Spring St., Ste. 415
Silver Spring, MD  20910
*Defendant*

Mr. Alan R. Davis
7708 Rydal Terrace
Derwood, Maryland 20855
*Defendant*

Jubilee Realty & Associates, LLC
4140 Ferry Landing Road
Dunkirk, Maryland 20754
*Defendant*

	*/S/  MICHAEL N. RUSSO, JR.*_____
	Michael N. Russo, Jr.